**United States District Court**
For the Northern District of California

1

2

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

ORDER OF THE CHIEF JUDGE

7

8

9

IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

10

11

When the Electronic Case Filing (ECF/e-filing) program was established for civil

12

cases in January 2003 (see generally General Order 45), the court's practice was to exclude from the

13

e-filing program cases in which any party was not represented by an attorney.  Pursuant to Part III of

14

General Order 45, the court's ECF webpage provided:  "All cases involving pro se parties are

15

excluded from the e-filing program and must be filed entirely in paper, unless otherwise ordered by

the court."

16

Effective immediately, cases with unrepresented party litigants  in which at least one

17

party is represented by an attorney will no longer be excluded from the e-filing program.  All

18

*represented* parties will e-file their submissions to the court on the same basis as in cases not

19

involving pro se litigants and in compliance with all parts of General Order 45.  *Represented* parties

20

will be required to serve paper copies by mail on *unrepresented* parties only.  As before,

21

unrepresented litigants will continue to file and serve all submissions to the court in paper form

22

unless prior leave is obtained from the assigned judge in a particular case.

23

24

IT IS SO ORDERED.

25

26

Date:  May 11, 2007

27

Vaughn R Walker
United States District Chief Judge

28