FILED

JUN 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$43,029 IN U.S. CURRENCY, et al.<br><br>    Defendant.<br>_____ /<br>HECTOR VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA.<br><br>    Defendant.<br>_____<br>HECTOR VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant.<br>_____ | No. C 06-07421 JSW<br>No. C 07-1880 JSW<br>No. C 07-2185 JSW<br><br>**ORDER RE REFERRALS OF RELATED CASES TO MAGISTRATE JUDGE** |

On May 18, 2007, at the initial case management conference held in *United States of America v. $43,029 in U.S. Currency, et al.*, 06-7421 and in *Hector Vasquez v. United States of America*, 07-1880, the parties consented on the record to refer these cases and the related case of *Hector Vasquez v. United States of America*, 07-2815, to a randomly assigned magistrate judge for all purposes.

However, consents from both parties have been filed only in 06-7421. Accordingly, the United States shall file a consent in both 07-1880 and in 07-2185 within fourteen days of the date of this Order, and Mr. Vasquez shall file the enclosed consent form for case 07-2185, within fourteen days of the date of this Order. Once all consent forms have been filed, these related matters will be referred per the parties' agreement.

**IT IS SO ORDERED.**

Dated: JUN 0 1 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

$36,43,029 U.S. CURRENCY et al,

        Defendant.
_____/

Case Number: CV06-07421 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Vasquez
F29468
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Patricia Jean Kenney F
U.S. Attorney's Office
450 Golden Gate Ave.
10th Floor
San Francisco, CA 94102

Dated: June 1, 2007

Richard W. Wieking, Clerk
By Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HECTOR VASQUEZ, et al,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case Number: CV07-01880 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Palomino Vasquez F-29468
Avenal State Prison
Post Office Box 8
Avenal, CA 93204

Patricia J Kennedy
United States Attorney
450 Golden Gate Avenue
Post Office Box 36055
San Francisco, CA 94102-3495

Dated: June 1, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ et al,<br><br>Defendant._____/ | Case Number: CV07-02185 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Palomino Vasquez F-29468
Avenal State Prison
Post Office Box 8
Avenal, CA 93204

Patricia Jean Kenney
U.S. Attorney's Office
450 Golden Gate Ave.
10th Floor
San Francisco, CA 94102

Dated: June 1, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk