**FILED**

JUN 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$43,029 IN U.S. CURRENCY, et al.<br><br>    Defendant.<br>_____/<br>HECTOR VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA.<br><br>    Defendant.<br>_____<br>HECTOR VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant.<br>_____ | No. C 06-07421 JSW<br>No. C 07-1880 JSW<br>No. C 07-2185 JSW<br><br>**ORDER RE REFERRALS OF RELATED CASES TO MAGISTRATE JUDGE** |

On May 18, 2007, at the initial case management conference held in *United States of America v. $43,029 in U.S. Currency, et al.*, 06-7421 and in *Hector Vasquez v. United States of America*, 07-1880, the parties consented on the record to refer these cases and the related case of *Hector Vasquez v. United States of America*, 07-2815, to a randomly assigned magistrate judge for all purposes.

However, consents from both parties have been filed only in 06-7421. Accordingly, the United States shall file a consent in both 07-1880 and in 07-2185 within fourteen days of the date of this Order, and Mr. Vasquez shall file the enclosed consent form for case 07-2185, within fourteen days of the date of this Order. Once all consent forms have been filed, these related matters will be referred per the parties' agreement.

**IT IS SO ORDERED.**

Dated: JUN 0 1 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

         Plaintiff,

v.

$36,43,029 U.S. CURRENCY et al,

         Defendant.
_____/

Case Number: CV06-07421 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Vasquez
F29468
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Patricia Jean Kenney F
U.S. Attorney's Office
450 Golden Gate Ave.
10th Floor
San Francisco, CA 94102

Dated: June 1, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HECTOR VASQUEZ, et al,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case Number: CV07-01880 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Palomino Vasquez F-29468
Avenal State Prison
Post Office Box 8
Avenal, CA 93204

Patricia J Kennedy
United States Attorney
450 Golden Gate Avenue
Post Office Box 36055
San Francisco, CA 94102-3495

Dated: June 1, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VASQUEZ et al,

    Defendant.
_____/

Case Number: CV07-02185 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Palomino Vasquez F-29468
Avenal State Prison
Post Office Box 8
Avenal, CA 93204

Patricia Jean Kenney
U.S. Attorney's Office
450 Golden Gate Ave.
10th Floor
San Francisco, CA 94102

Dated: June 1, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk