```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     NORTHERN DISTRICT OF CALIFORNIA
 9                          SAN FRANCISCO DIVISION
10  UNITED STATES OF AMERICA,         )       No. C 06-07421 JSW
11              Plaintiff,            )
                                      )
12     v.                             )       CONDITIONAL CONSENT
                                      )       TO PROCEED BEFORE A UNITED
13  (1) $43,029 IN UNITED STATES      )       STATES MAGISTRATE JUDGE
    CURRENCY AND                      )
14  (2) $9,641 IN UNITED STATES CURRENCY, )
                                      )
15                                    )
                                      )
16              Defendants.           )
                                      )
17  _____    )
    HECTOR VASQUEZ,                   )       No. C 07-1880 JSW
18                                    )
                Plaintiff,            )
19                                    )
        v.                            )
20                                    )
    UNITED STATES OF AMERICA,         )
21                                    )
                Defendant.            )
22                                    )
    _____    )
23  HECTOR VASQUEZ,                   )
                                      )       No. C 07-2185 JSW
24              Plaintiff,            )
                                      )
25      v.                            )
                                      )
26  UNITED STATES OF AMERICA,         )
                                      )
27              Defendant.            )
    _____    )
28
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CONSENT TO PROCEED BEFORE A SAN FRANCISCO-BASED
UNITED STATES MAGISTRATE JUDGE

At the May 18, 2007 Status Conference, the undersigned consented to a Magistrate Judge based in San Francisco. In accordance with 28 U.S.C. § 636(c), the undersigned party confirms her consent to have a United States Magistrate Judge based in San Francisco conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 7, 2007

_____
PATRICIA J. KENNEY
Assistant United States Attorney
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Conditional Consent to Proceed Before a United States Magistrate Judge

to be served this date via first class mail delivery postage prepaid upon the person(s) below at the place(s) and address(es) which is/are the last known address(es)

Hector Vasquez, F-29468
Avenal State Prison
P.O. Box 8
Avenal, CA 93204

Antonio Vasquez
1999 Panama Avenue
San Jose, CA 95122

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June, 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit