SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone:  415.436.7324
    Facsimile:   415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>$43,029 AND $9,641 IN UNITED STATES CURRENCY,<br><br>            Defendant. | No. C 06-7421 (EDL)<br>Related Case Nos. 07-2185 (EDL) &<br>07-1880 (EDL)<br><br>(~~PROPOSED~~) ORDER RE:<br>ADDITIONAL BRIEFING TIME |

Good cause appearing, IT IS HEREBY ORDERED that the United States and Hector Vasquez, shall have up to and including January 7, 2008, to respond to this Court's December 3, 2007, Order requesting briefing on jurisdictional issues. .

Dated: December __10__, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge