**EXHIBIT B**

MC-200

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Claimant: Hector Palomino Vasquez F-29468<br>Chuckawalla Valley State Prison<br>Post Office Box 2349 Blythe, California 92226 | |

TELEPHONE NO.:
E-MAIL ADDRESS *(Optional)*:    FAX NO. *(Optional)*:
ATTORNEY FOR *(Name)*: Claimant, In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Jose
STREET ADDRESS: 280 South First Street, Suite No. 2112
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Jose, California 95113-3095
BRANCH NAME: Northern District of California

*(stamp: Superior Court Civil Division, 191 N. First St, San Jose, CA 95113)*

THE PEOPLE OF THE STATE OF CALIFORNIA

CLAIMED PROPERTY: U.S. Currency Monies $9,641.00

CLAIMANT (NAME): Hector Palomino Vasquez

**CLAIM OPPOSING FORFEITURE (Health & Saf. Code, § 11488.5)**
☐ In response to a judicial petition for forfeiture *(use existing case No.)*
☒ In response to notice of administrative proceedings

CASE NUMBER: RC-06-0029
C06V07369?

1. Claimant *(name)*: Hector Palomino Vasquez
   is an ☒ individual ☐ corporation ☐ other *(specify)*:

2. Claimed property *(describe)*:

   U.S. Currency Monies $9,641.00

3. Value of claim is ☐ $5,000 or less ☒ $5,001 or more (Health & Saf. Code, § 11488.5(a)(3).)

---

| NOTICE | AVISO |
|---|---|
| 1. You must file your claim within 30 days after you receive personal or mailed notice that your property may be forfeited. If you do not receive personal or mailed notice, you must file your claim within 30 days after notice is first published in a newspaper. | 1. Usted debe presentar su demanda dentro de los 30 días siguientes a la fecha en que recibe, personalmente o por correo, el aviso de que sus bienes pueden ser confiscados. Si no recibe dicho aviso, deberá presentar su reclamo dentro de los 30 días siguientes a la fecha en que el aviso está publicado por vez primera en un periódico. |
| 2. Your claim must be filed in the county where the property was seized. If the property was not seized, file your claim in the county where the property is located. If you have received a notice, you can find the address of the court on that notice. | 2. Su demanda debe presentarse en el condado donde fueron confiscados los bienes. Si los bienes no han sido confiscados, presente su demanda en el condado donde están ubicados los bienes. Si ha recibido el aviso, busque la dirección de la corte en el aviso. |
| 3. Within 30 days after filing your claim, serve a copy on the District Attorney or Attorney General. The copy must have the court clerk's filing stamp on it. | 3. Dentro de los 30 días siguientes a la fecha en que presentó su demanda, envíe una copia de la notificación judicial a la oficina del Fiscal (District Attorney) o del Procurador General (Attorney General). La copia debe llevar el sello del actuario de la corte encargado de recibir las demandas. |
| *This notice is urgent. If you do not understand it, you must seek help.* | *Esta notificación es urgente. Si usted no la entiende, debe pedir ayuda.* |

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-200 [Rev. January 1, 2002]

**CLAIM OPPOSING FORFEITURE**

Health and Safety Code, § 11488.5

American LegalNet, Inc.
www.USCourtForms.com