**EXHIBIT D**

# Register of Actions/Docket

**Case Information**                                    **Associated Cases**

  Number: **1-06-CV-073698**
   Title: **The People Of The State Of California Vs**
Category: **Asset Forfeiture - Unlimited**
   Filed: **10/25/2006** Disposed:   Status: **Open**

Calendared Events          **Involved Parties**                    Documents

| Type | Name | Disposition |
|---|---|---|
| Plaintiff | The People Of The State Of California | None |
| Claimant | Hector Palomino Vasquez<br>F-29468 Chuckawalla Valley State Prison, PO Box 2349, Blythe, Ca 92226 | None |

Involved Parties            **Calendared Events**                   Documents

None

Involved Parties                **Documents**                    Calendared Events

| Number-Sequence | Document Description | Filed | Ruling | Date |
|---|---|---|---|---|
| 0005-000 | Cv Ntc Of... | 04/23/2007 | None | 04/23/2007 |
|  | For: The People Of The State Of California / PLT | | | |
| 0004-000 | Cv Cert/Mail:Ord/Appl Fee Waiver | 10/27/2006 | None | 10/27/2006 |
|  | For: Hector Palomino Vasquez / CLM | | | |
| 0003-000 | Cv Ord:Waiver Of Costs/Fees | 10/27/2006 | Granted | 10/27/2006 |
|  | For: Hector Palomino Vasquez / CLM | | | |
| 0002-000 | Cv Appl:Waiver Court Fees/Costs | 10/25/2006 | None | None |
|  | For: Hector Palomino Vasquez / CLM | | | |
| 0001-000 | Cv Claim Opp Forfeit/Prop >$5K | 10/25/2006 | None | 10/25/2006 |
|  | For: Hector Palomino Vasquez / CLM<br>Against: The People Of The State Of California / PLT | | | |

RETURN

01/03/08 15:38 FAX 408 998 1562     DISTRICT ATTORNEY                            ☒003
Case 3:07-cv-02185-EDL     Document 17-5     Filed 01/07/2008     Page 3 of 3

Page 1 of 1

# Register of Actions/Docket

**Case Information**                                                        **Associated Cases**

Number: **1-06-CV-073700**
    Title: **The People Of The State Of California Vs**
Category: **Asset Forfeiture - Unlimited**
    Filed: **10/25/2006**  Disposed:  Status: **Open**

Calendared Events         **Involved Parties**         Documents

| Type | Name | Disposition |
|---|---|---|
| Plaintiff | The People Of The State Of California | None |
| Claimant | Hector Palomino Vazquez | None |

Involved Parties         **Calendared Events**         Documents

None

Involved Parties         **Documents**         Calendared Events

| Number-Sequence | Document Description | Filed | Ruling | Date |
|---|---|---|---|---|
| 0005-000 | Cv Ntc Of... | 04/05/2007 | None | 04/05/2007 |
| | Against: Hector Palomino Vazquez / CLM | | | |
| 0004-000 | Cv Cert/Mail:Ord/Appl Fee Waiver | 11/02/2006 | None | 11/02/2006 |
| | For: Hector Palomino Vazquez / CLM | | | |
| 0003-000 | Cv Ord:Waiver Of Costs/Fees | 11/02/2006 | Granted Item #7 | 11/02/2006 |
| | For: Hector Palomino Vazquez / CLM | | | |
| 0002-000 | Cv Appl:Waiver Court Fees/Costs | 10/25/2006 | None | None |
| | For: Hector Palomino Vazquez / CLM | | | |
| 0001-000 | Cv Claim Opp Forfeit/Prop >$5K | 10/25/2006 | None | 10/25/2006 |
| | For: Hector Palomino Vazquez / CLM<br>Against: The People Of The State Of California / PLT | | | |

