1  JOESEPH P. RUSSONIELLO (SCBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102-3495
       Telephone: 415.436.7324
7      Facsimile:  415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for the United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$43,029 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant. | No. C 06-7421 (EDL)<br>Related Case Nos. 07-2185 (EDL) &<br>07-1880 (EDL)<br><br>DECLARATION OF MICHAEL ROBINSON IN SUPPORT OF GOVERNMENT'S RESPONSE TO COURT'S REQUEST FOR FURTHER BRIEFING |

I, Michael Robinson, declare and state as follows:

1. I am a Special Agent with the United States Drug Enforcement Agency and I have been so employed for 10 years. I am currently assigned to the San Jose Office. I am the agent assigned the case of United States v. $43,029 and $9,641 in United States Currency. I make this declaration based upon reports and documents I have read, my own personal knowledge and conversations I have had with other law enforcement officials.

2. During the month of April 2006, agents of the Sunnyvale Specialized Enforcement Team received information that brothers "Francisco" and "Hector" of 1999 Panama Avenue, San Jose, California ("1999 Panama Avenue"), were possibly involved in the sale of illegal narcotics. Hector

1 allegedly drove a white GMC truck and Francisco allegedly drove a bluish-purple Chevy Impala.

3. The Sunnyvale Specialized Enforcement Team ("SET") was a part of the Sunnyvale Department of Public Health and consisted of police officers who specialized in investigations of narcotics.

4. During the course of their investigation SET officers learned that Hector Palomino Vasquez used the 1999 Panama Avenue address, had prior drug arrests and convictions, and was a deported aggravated felon who was not legally in the United States.

5. During the course of their investigation SET contacted the San Jose Police Department and inquired about the house at 1999 Panama Avenue, San Jose and any associated parties at that address. They learned that the San Jose Police Department had numerous contacts at that address. The San Jose Police Department provided information about the following individuals: Francisco Vasquez, Jesus Jesse Vasquez and Adam Vasquez. Francisco Vasquez was on probation for sales of illegal substances and had three active grants of probation and a search condition. Jesus Vasquez had a long history of drug related offences and was also a deported felon. It was unknown if he was living at the Panama address. Adam Vasquez was incarcerated in prison

6. As members of the SET unit continued their investigation they contacted Francisco Vasquez's probation officer, Lisa Carveriro, and confirmed the terms and conditions of the search clause for Francisco Vasquez. They also contacted Homeland Security ("ICE") Agent Duane Sanchez. Agent Sanchez confirmed that Hector Vasquez was a deported felon and that an immigration detainer would be placed on Hector Vasquez if he was arrested.

7. On May 5, 2006, members of the SET, along with San Jose Police Officers and federal ICE Agent Duane Sanchez met to conduct a probation search pursuant to the probation clause of Francisco Vasquez at 1999 Panama Avenue and also to attempt to contact Hector Vasquez. Prior to the search members of the SET unit met at the Sunnyvale Police Department and were briefed on Hector and Francisco Vasquezs' criminal records, immigration status and provided with photos of the two brothers. Information was also provided about the search terms of Francisco Vasquez's probation.

8. Before the search began officers saw a Hispanic male matching the description of Hector Vasquez get in the GMC truck and drive away from the house.

Declaration of Michael Robinson
No. C 07-07421 EDL                                    2

9. Shortly thereafter, Sunnyvale Police Officers Tony Medina and Jim Choi stopped the GMC pickup. Officers Medina and Choi recognized Hector Vasquez from photos they had been shown at the briefing. When the officers contacted Hector Vasquez, Vasquez identified himself with a false name. At that point Officers Medina and Choi knew that Hector Vasquez was a convicted aggravated felon who was illegally in the United States and that he had provided a false name. They arrested Hector Vasquez and during a search incident to arrest discovered a large amount of cash in his pants pocket. Officer Chis Fontaine of the Sunnyvale Police Department was at the scene with his K-9 police dog who alerted to the currency for the odor of narcotics.

10. Hector Vasquez and the truck were both transported back to the 1999 Panama address where the probation search had begun. Hector Vasquez told the members of the SET unit that the truck was registered to his father because Hector did not have a driver's license, but the truck belonged to Hector. He gave permission to search the truck. Prior to conducting a hand search of the truck, Officer Chris Fontaine used his K-9 police dog to conduct a search of the truck. The dog alerted for the odor of narcotics on the rear metal tool box in the bed of the truck. Officer Fontaine searched the tool box and located two paper bags containing respectively approximately $16,709 and $20,100 in U.S. Currency. Det. Rapoza collected the currency found on Hector Vasquez and in the truck, logged the money into a property report and secured the currency in the trunk of his police car.

11. VASQUEZ made a statement to law enforcement officers. VASQUEZ admitted that the approximately 281 grams of methamphetamine located and seized from 1999 Panama Avenue was his; that he sells about $400 worth of methamphetamine per week; that he sells one oz. for $800; that he buys a pound for $12,000; and that he had been selling methamphetamine for about 5 months. VASQUEZ also admitted that defendants $43,029 and $9,641 belonged to him. VASQUEZ stated that he had the cash because he did not have a bank account.

12. After finding the large quantity of cash the SET unit contacted the DEA Field Office in San Jose California, and requested that the money be federally forfeited. I was one of agents working that day. I went to 1999 Panama and met with Detective William Rapoza who briefed me on the investigation and provided me with (1) the approximately $9,641 in U.S. currency seized from the person of Hector Vasquez, (2) approximately $16,709 in U.S. currency seized from the rear tool box

Declaration of Michael Robinson
No. C 07-07421 EDL                              3

of the GMC truck and 3) approximately $20,100 in U.S. currency found in the rear tool box of the GMC truck. I transported the currency to the San Jose Resident Office of the DEA where it was secured. On May 8, 2006, I and Special Agent Partick Donlin transported the currency to the Bank of America where it was counted and converted into cashier's checks made payable to the United States Marshal's Service. I turned over the checks to the Seized Currency Custodian at the DEA San Jose Field Office. On June 12, 2006, these checks were turned over to the United States Marshal's service.

13. On May 9, 2006, I received a telephone call from the Sunnyvale Police Department, SET unit. I learned that while processing envelopes and other indicia taken from the GMC truck on May 5, they had discovered an additional approximately $6,220 in U.S. Currency. The currency was held in the Sunnyvale Police Department property unit until I took possession of it on May 9, 2006. Special Agent Patrick Donlin and I transported the approximately $6,220 to the Bank of America where it was counted and converted into a cashier's check made payable to the United States Marshal's Service. I secured the check at the DEA San Jose Field office until May 12, 2007, when I turned it over to the United States Marshal's Office, San Jose Branch.

14. On May 18, 2007, thirteen days after his arrest, Hector Vasquez pled guilty in Santa Clara County Superior Court to possession for sales of methamphetamine in violation of California Health and Safety Code Section 11378.[1]

///
///
///
///
///

---

[1] Vasquez was previously convicted on two separate occasions of possession of controlled substance for sale in violation of California Health & Safety Code 11342 on or about April 8, 1985 and again on June 1, 1989. Vasquez was also convicted of transportation/sales of controlled substance in violation of California Health & Safety Code Section 11352 on or about December 23, 1992. On November 7, 1997, Vasquez was deported.

Declaration of Michael Robinson
No. C 07-07421 EDL                    4

15. In June 2006, the DEA office in San Francisco submitted reports regarding this seizure to the DEA Forfeiture Counsel in Arlington, Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2008

Michael Robinson
Special Agent, DEA

Declaration of Michael Robinson
No. C 07-07421 EDL                              5