1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102-3495
   Telephone: 415.436.7324
7  Facsimile:  415.436.6748
   email: susan.b.gray@usdoj.gov
8
   Attorneys for the United States of America
9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,            )        No. C 06-7421 EDL
13                                       )    Related Case Nos. 07-2185 EDL and
                         Plaintiff,      )              07-1880 EDL
14                                       )
                   v.                    )
15  1. $43,029 IN UNITED STATES          )    DECLARATION OF JOHN HIERONYMUS
    CURRENCY AND                         )
16  2. $9,641 IN UNITED STATES           )
    CURRENCY                             )
17                                       )
                         Defendant.      )
18  _____ )

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Case No. 06-07421(EDL)** |
| | ) | |
| | ) | |
| **$43,029 U.S. CURRENCY and** | ) | |
| **$9,641 U.S. CURRENCY** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JOHN HIERONYMUS

1.  I, John Hieronymus, hereby declare that I am the
Forfeiture Counsel of the Drug Enforcement Administration (DEA),
United States Department of Justice, and in that capacity
supervise forfeiture activities within the DEA.

2.  I affirm that, in the course of my official duties as
Forfeiture Counsel of the DEA, I supervise and monitor the
forfeiture activities of DEA field offices and receive reports
and inquiries from those field offices regarding all facets of
forfeiture matters.

1

3.  I declare that material related to the property, which is the subject matter of the above-captioned action, is contained in one (1) file of my office.

4.  The file, captioned as DEA Case No. **RC-06-0029** and Asset Identification (I.D.) No. **06-DEA-468528**, contains the following information:

(a)  DEA Asset I.D. No. **06-DEA-468528** represents $9,641.00 U.S. Currency seized from Hector Palomino Vasquez on May 5, 2006, in San Jose, California pursuant to a joint investigation involving DEA Special Agents, agents of the Sunnyvale Specialized Enforcement Team (SET), and officers with the Santa Clara County Probation Department.  The DEA office in San Jose, California subsequently prepared and submitted a forfeiture report to this office.  An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property.  This procedure included a legal review of the evidence that existed to seize the $9,641.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b)  On June 20, 2006, pursuant to Title 19, United States Code (U.S.C.), Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Hector Palomino Vasquez, 1999 Panama Ave, San Jose, CA 95122 (Exhibit 1).  On June 26, 2006, an individual signing in the "Signature" block

2

accepted delivery of this notice (Exhibit 2).

      (c)  On June 20, 2006, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Hector Palomino Vasquez, Prisoner ID No. BWN560, Elmwood Correctional Facility, 701 S Abel St, Milpitas, CA 95035 (Exhibit 3).  The U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER.  ATTEMPTED NOT KNOWN" and "RETURN TO SENDER.  NOT IN CUSTODY" (Exhibit 4).

      (d)  Pursuant to Title 19, U.S.C., Section 1607(a) and Title 21, Code of Federal Regulations (C.F.R.), Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a newspaper of general circulation in the Northern District of California (Exhibit 5).  The notice was published once each week for three successive weeks: July 3, 10, and 17, 2006.  The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court. Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the published and mailed notices also stated that the deadline to file a claim was July 25, 2006, or if the mailed notice was not received, August 17, 2006.  In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

      (e)  On August 24, 2006, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return

receipt requested, to Hector Palomino Vasquez, Prisoner ID No.
CDC# F29468, Chuckawalla State Prison, PO Box 2349, Blythe, CA
92226 (Exhibit 6).  On August 29, 2006, an individual signing
in the "Signature" block accepted delivery of this notice
(Exhibit 7).

      (f)  On September 6, 2006, the DEA received a claim for
seized property from Hector Palomino Vasquez (Exhibit 8).

      (g)  On September 8, 2006, the DEA received a claim for
seized property from Hector Palomino Vasquez (Exhibit 9).

      (h)  On September 11, 2006, the DEA referred the claim
of Hector Palomino Vasquez to the Office of the United States
Attorney for the Northern District of California, by Federal
Express, for the initiation of judicial forfeiture proceedings
(Exhibit 10).  On September 11, 2006, the DEA notified Hector
Palomino Vasquez of this action (Exhibit 11).

      (i)  On October 5, 2006, the DEA received additional
documentation from Hector Palomino Vasquez in support of his
claim for seized property (Exhibit 12).

      (j)  On October 10, 2006, the DEA received additional
documentation from Hector Palomino Vasquez in support of his
claim for seized property (Exhibit 13).

      (k)  On November 3, 2006, the DEA referred the
additional documentation of Hector Palomino Vasquez to the Office
of the United States Attorney for the Northern District of
California by Federal Express (Exhibit 14).

5.  The file, captioned as DEA Case No. **RC-06-0029** and Asset I.D. No. **06-DEA-468579**, contains the following information:

(a)  DEA Asset I.D. No. **06-DEA-468579** represents $43,029.00 U.S. Currency seized from Hector Palomino Vasquez on May 5, 2006, in San Jose, California pursuant to a joint investigation involving DEA Special Agents, agents of the Sunnyvale Specialized Enforcement Team (SET), and officers with the Santa Clara County Probation Department.  The DEA office in San Jose, California subsequently prepared and submitted a forfeiture report to this office.  An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property.  This procedure included a legal review of the evidence that existed to seize the $43,029.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b)  On June 20, 2006, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Antonio Vasquez aka Antonio Vasquez Mendoza, 1999 Panama Ave, San Jose, CA 95122 (Exhibit 15).  On June 23, 2006, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 16).

(c)  On June 20, 2006, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return

receipt requested, to Hector Palomino Vasquez, 1999 Panama Ave., San Jose, CA 95122 (Exhibit 17).  On June 26, 2006, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 18).

      (d)  On June 20, 2006, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Hector Palomino Vasquez, Prisoner ID No. BWN560, Elmwood Correctional Facility, 701 S Abel St, Milpitas, CA 95035 (Exhibit 19).  The U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER.  ATTEMPTED NOT KNOWN" and "RETURN TO SENDER.  NOT IN CUSTODY" (Exhibit 20).

      (e)  Pursuant to Title 19, U.S.C., Section 1607(a) and Title 21, C.F.R., Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a newspaper of general circulation in the Northern District of California (See Supra Exhibit 5).  The notice was published once each week for three successive weeks: July 3, 10, and 17, 2006.  The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court.  Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the published and mailed notices also stated that the deadline to file a claim was July 25, 2006, or if the mailed notice was not received, August 17, 2006.  In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

6

(f)  On August 24, 2006, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Hector Palomino Vasquez, Prisoner ID No. CDC# F29468, Chuckawalla State Prison, P.O. Box 2349, Blythe, CA 92226 (Exhibit 21).  On August 29, 2006, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 22).

(g)  On September 6, 2006, the DEA received a claim for seized property from Hector Palomino Vasquez (See Supra Exhibit 8).

(h)  On September 8, 2006, the DEA received a claim for seized property from Hector Palomino Vasquez (See Supra Exhibit 9).

(i)  On September 11, 2006, the DEA referred the claim of Hector Palomino Vasquez to the Office of the United States Attorney for the Northern District of California, by Federal Express, for the initiation of judicial forfeiture proceedings (See Supra Exhibit 10).  On September 11, 2006, the DEA notified Hector Palomino Vasquez of this action (See Supra Exhibit 11).

(j)  On October 5, 2006, the DEA received additional documentation from Hector Palomino Vasquez in support of his claim for seized property (See Supra Exhibit 12).

(k)  On October 10, 2006, the DEA received additional documentation from Hector Palomino Vasquez in support of his claim for seized property (See Supra Exhibit 13).

(l)  On November 3, 2006, the DEA referred the

7

additional documentation of Hector Palomino Vasquez to the Office

of the United States Attorney for the Northern District of

California by Federal Express (See <u>Supra</u> Exhibit 14).


    I declare under penalty of perjury that the foregoing is

true and correct to the best of my knowledge and belief.

    Executed this _*17th*_ day of December 2007.


                        John Hieronymus
                        Forfeiture Counsel
                        Asset Forfeiture Section (CCF)
                        Drug Enforcement Administration
                        HQs Forfeiture Response
                        P. O. Box 1475
                        Quantico, VA  22134-1475




Attachments:  Exhibits 1-22

8