◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was us remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475 Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of p the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during th Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nc

FIRST NOTICE
LAST DATE TO FILE AUGUST 17, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-467232, $11,940.00 U.S. Currency, Anchorage, AK, Sours, Mary Lou, 05/02/06
06-DEA-467566, 2006 Flatbed Aluminum Trailer, Ser No AK69509, Anchorage, AK, Shine, Nopenon Dennis, 05/01/06
06-DEA-467609, 1993 Ford Mustang LX Sport, 1FACP41E4PF165721, Anchorage, AK, Eltzer, Travis, 05/01/06
06-DEA-467696, 2006 Chevrolet Corvette, 1G1YY26U765118553, Fairbanks, AK, Johnson, Donnell AKA Wallace II, Johnnie Curtis, 04/29/06
06-DEA-467970, $8,284.00 U.S. Currency, Fairbanks, AK, Johnson, Donnell, 04/29/06
NORTHERN DISTRICT OF ALABAMA
06-DEA-468208, $11,987.00 U.S. Currency, Birmingham, AL, Williams, Daryl Dejuan, 05/08/06
DISTRICT OF ARIZONA
06-DEA-468096, Bank of America, Account #004660483519, VL: $15,953.38, Oro Valley, AZ, Rising Mallet LLC, 05/16/06
06-DEA-468110, Bank of America, Account #004663816223, VL: $36,942.02, Oro Valley, AZ, Rising Mallet LLC, 05/16/06
06-DEA-468114, Bank of America, Account #004665765835, VL: $12,441.78, Oro Valley, AZ, A Juvenile, 05/16/06
06-DEA-468122, $7,610.00 U.S. Currency, Tucson, AZ, Stupka, Edwin J. and Newberry, Rebecca J., 05/16/06
CENTRAL DISTRICT OF CALIFORNIA
06-DEA-462601, 2005 Ford F150 Pickup Truck, 1FTRW12W95KC15384, Nuevo, CA, Arrendondo, Jose AKA Cortez, Enrique Sarmiento, 12/21/05
06-DEA-467791, $27,614.00 U.S. Currency, Corona, CA, Rocha, Isela AKA Rocha, Priscilla, 05/12/06
06-DEA-467832, $2,149.00 U.S. Currency, Santa Ana, CA, Lua, Eduardo Guzman AKA Vargas, Eustacio Villa, 04/25/06
06-DEA-467842, $2,063.00 U.S. Currency, Santa Ana, CA, Solis, Fernando Salgado AKA Solis, Armando Gutierrez, 04/25/06
06-DEA-467912, $238,390.00 U.S. Currency, Hollywood, CA, Mashekoff, Omid and Salewick, Alexander and Marino, Paolo, 05/16/06
06-DEA-467913, $2,706.00 U.S. Currency, Hollywood, CA, Manno, Paolo, 05/16/06
06-DEA-468002, $47,960.00 U.S. Currency, Los Angeles, CA, Barnes, Rudolph Sylvestor AKA Johnson, Junior Anthony, 05/10/06
06-DEA-468072, $5,382.00 U.S. Currency, Los Angeles, CA, Triplett, Arlandus Delano, 05/08/06
06-DEA-468092, $18,000.00 U.S. Currency, Los Angeles, CA, Morris, Fredia AKA Morrison, Freda, 05/16/06
06-DEA-468143, $20,330.00 U.S. Currency, Los Angeles, CA, Reyes, Arcadio Antonio, 05/12/06
06-DEA-468241, $42,030.00 U.S. Currency, Los Angeles, CA, Scott, Larushia, 05/16/06
06-DEA-468245, $6,313.00 U.S. Currency, Los Angeles, CA, Almaraz, Jose Ramiro, 05/23/06
06-DEA-468248, $29,860.25 U.S. Currency, West Hollywood, CA, Demers, Daniel, 05/23/06
06-DEA-468254, $18,288.00 U.S. Currency, Los Angeles, CA, Hare, Roney Dean, 05/16/06
06-DEA-468279, $23,800.00 U.S. Currency, Pacoima, CA, Salcedo, Ricardo, 05/22/06
06-DEA-468339, $95,000.00 U.S. Currency, Los Angeles, CA, Morris, Fredia Brown AKA Morrison, Freda, 05/18/06
06-DEA-468352, 2002 Ford F-150 P/U Truck, 2FTZF07322CA76692, Hollywood, CA, Almaraz, Jose Ramiro, 05/23/06
06-DEA-468387, Cartier Roadster Watch, Ser No 776843CE, VL: $6,250.00, Irvine, CA, Liu, Sheng Q., 05/16/06
06-DEA-468437, $123,020.00 U.S. Currency, Chino Hills, CA, Lopez-Rodriguez, Horacio, 05/10/06
06-DEA-468438, $3,000.00 U.S. Currency, West Hollywood, CA, Taylor, Brian, 05/22/06
06-DEA-468546, $12,000.00 U.S. Currency, Santa Ana, CA, Unidentified, 06/09/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-468632, $12,255.00 U.S. Currency, Sacramento, CA, DBA Trainwreck Cafe, Janelle L. Daffron and Desiree R. Mott, 04/19/06
06-DEA-468639, $36,480.00 U.S. Currency, Sacramento, CA, DBA Trainwreck Cafe, Janelle L. Daffron and Desiree R. Mott, 04/19/06
06-DEA-468683, $4,000.00 U.S. Currency, North Highlands, CA, Daffron, Jenelle Lynn, 04/19/06
NORTHERN DISTRICT OF CALIFORNIA
06-DEA-468528, $9,641.00 U.S. Currency, San Jose, CA, Vasquez, Hector Palomino, 05/05/06
06-DEA-468579, $43,029.00 U.S. Currency, San Jose, CA, Vasquez, Hector Palomino, 05/05/06
06-DEA-468776, 2005 Nissan Titan Pickup Truck, 1N6AA07A95N523590, Santa Rosa, CA, Williams, Wayne Douglas, 04/13/06
SOUTHERN DISTRICT OF CALIFORNIA
06-DEA-465532, $10,000.00 U.S. Currency, San Diego, CA, Griggs, Nancy, 03/30/06
06-DEA-467727, 2005 Ford F-150 Truck, 1FTRF12245NA95358, San Diego, CA, Lua-Narez, Luis Miguel, 05/11/06
06-DEA-467745, $4,180.00 U.S. Currency, Oceanside, CA, Lopez, Panfilo, 05/11/06
06-DEA-467746, $4,251.00 U.S. Currency, San Diego, CA, Lua-Narez, Luis Miguel, 05/11/06
06-DEA-467747, $3,133.01 U.S. Currency, Oceanside, CA, Pacheco-Reyes, Mana, 05/11/06
06-DEA-467748, $2,250.00 U.S. Currency, San Diego, CA, Lua-Narez, Luis Miguel, 05/11/06
06-DEA-467807, $22,126.00 U.S. Currency, San Diego, CA, Aguirre, Marcos Antonio, 05/16/06
06-DEA-467893, $5,002.00 U.S. Currency, Chula Vista, CA, Garcia, Luis Remigo, 05/16/06
06-DEA-467894, $9,720.00 U.S. Currency, San Diego, CA, Garcia, Luis Remigo, 05/16/06
06-DEA-467938, $1,120.00 U.S. Currency, San Diego, CA, Delgado, Manuel, 05/18/06
06-DEA-467967, 2006 BMW 330i Sedan, WBAVB335X6KR73924, Chula Vista, CA, Corona III, Victor, 05/04/06
06-DEA-468048, 1999 Honda Prelude Coupe, JHMBB6246XC005264, Oceanside, CA, Lopez, Panfilo,

G., 05/23/06
06-DEA-468324, $16,000.00 U.S. Currency, Harvey, LA, Higgins, Carlos, 05/23/06
06-DEA-468335, Beretta Model 92F 9mm Handgun, Ser No BER324304, VL: $430.00, Harvey, LA, Higgins, Carlos, 05/23/06
DISTRICT OF MASSACHUSETTS
06-DEA-468713, $3,630.00 U.S. Currency, New Bedford, MA, Monteiro, Rhonda L., 05/03/06
06-DEA-468964, Assorted Jewelry, VL: $49,700.00, (1) Jacob & Co. Stainless Steel Diamond/Leather Watch; (1) Bentley Lemans Ltd Ed. Stainless Watch; (1) Diamond Earrings 3.20 carats, Leominster, MA, Police, Nicholas P., 03/21/06
DISTRICT OF MARYLAND
06-DEA-467177, $5,800.00 U.S. Currency, Baltimore, MD, Henderson Jr., Leroy Penington AKA Henderson, Leroy, 04/24/06
06-DEA-467366, $16,000.00 U.S. Currency, Baltimore, MD, West, Jamal B., 05/05/06
06-DEA-467367, $6,000.00 U.S. Currency, Baltimore, MD, McNeil, Charles, 05/05/06
06-DEA-467368, $61,860.00 U.S. Currency, Baltimore, MD, Young, Steven, 05/03/06
06-DEA-467654, $8,340.00 U.S. Currency, Baltimore, MD, Kai Kai, Jaah Nfaji, 05/04/06
06-DEA-467655, $11,244.00 U.S. Currency, Baltimore, MD, Clark Jr., David Aaron, 05/01/06
06-DEA-467814, $6,200.00 U.S. Currency, Baltimore, MD, Munyan, Eric, 05/09/06
06-DEA-467852, $10,000.00 U.S. Currency, Baltimore, MD, Werner III, Guy Garrett and Ellis, Kathleen, 05/03/06
06-DEA-467863, $2,578.00 U.S. Currency, Baltimore, MD, Heard, Tommy AKA Warmy and Fitzgerald, Debra AKA Fitzgerald, Debra Michelle, 05/04/06
06-DEA-467928, Provident Bank, Account #0202897126, VL: $23,296.95, Hunt Valley, MD, Wudtee III, Charles Rivela, 05/11/06
06-DEA-467931, $6,660.00 U.S. Currency, Baltimore, MD, Williams, Alfred Cornelius, 05/09/06
06-DEA-467995, Hi-Point Model JS45 .45 ACP semi-automatic handgun., Ser No 325243, VL: $80.00, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468020, $3,073.00 U.S. Currency, Baltimore, MD, Tucciarella, Matthew Aaron, 05/11/06
06-DEA-468041, $5,751.00 U.S. Currency, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468175, $444.00 U.S. Currency, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468289, $2,025.00 U.S. Currency, Ellicott City, MD, Woods, Christopher, 04/28/06
EASTERN DISTRICT OF MICHIGAN
03-DEA-424258, $5,000.00 U.S. Currency, Dearborn, MI, Peoples, Timothy, 07/28/03
06-DEA-467797, $34,000.00 U.S. Currency in Safe Deposit Box #502, F.T. Bank, Grand Blanc, MI, Sheaffer III, James Singleton and Sheaffer, Patricia M., 05/08/06
06-DEA-467915, $151,632.00 U.S. Currency, Clinton Township, MI, Hermiz, Martin AKA Harmiz, Martin Mawlood, 05/10/06
06-DEA-468037, $203,587.00 U.S. Currency, Detroit, MI, Simmons, Charlotte A. and Simmons, Roderick AKA Simmons, Reggie, 05/12/06
06-DEA-468062, Assorted Jewelry, VL: $55,230.00, (1) Man's 18kt White Gold Rolex 18239 Watch, Ser No W130419; (1) Man's 18kt Yellow Gold Breitling Chronometer Watch, Ser No K130550-1-2259; (1) Man's 18kt Yellow Gold Roger Dubuis Watch, Ser No N/A; (1) Man's 14kt Yellow Gold Square Top Channel Set Diamond Ring, Ser No N/A; (1) Man's 14kt Yellow Gold 5 Row Channel/Invisible Set Diamond Rectangular Ring, Ser No N/A; (1) Man's 14kt White Gold Contemporary 8 Row Square and Rectangular Diamond Ring, Ser No N/A; (1) Man's 14kt Yellow/White Gold 32" Fancy Round Ball and Link Neck Chain, Ser No N/A; (1) Man's 14kt White Gold 37" Boston Link Neck Chain, Ser No N/A; (1) Man's 14kt Yellow Gold Square and Rectangular Link Diamond Bracelet, Ser No N/A; (1) Man's 14kt White Gold Rectangular Braided Diamond Link Bracelet, Ser No N/A; (1) Breitling Watch Parts, Ser No N/A, Detroit, MI, Simmons, Charlotte A. and Simmons, Roderick AKA Simmons, Reggie, 05/12/06
06-DEA-468162, 2000 Peterbilt 379 Tractor 6X4, 1XP5DU9X2YD538137, Monroe, MI, Exnicious, Devin Neal, 05/13/06
06-DEA-468174, 1993 Stoughton Semi-Trailer, 1DW1A5324PS862609, Monroe, MI, Exnicious, Devin Neal, 05/13/06
EASTERN DISTRICT OF MISSOURI
06-DEA-460280, 2006 Encore Sports Coach Model 40TS Recreational Vehicle, 4UZAB2DCX5CV38043, Florissant, MO, Flenory, Terry, 10/27/05
06-DEA-465334, $204,990.00 U.S. Currency, Maryland Heights, MO, Marcum, Charles D., 03/19/06
06-DEA-467749, $31,000.00 U.S. Currency, Normandy, MO, Harris, James, 04/28/06
06-DEA-467810, 2001 Freightliner Classic XL, 1FUPUSZB21LG04289, Rolla, MO, Kennedy, Anthony D., 05/06/06
SOUTHERN DISTRICT OF MISSISSIPPI
06-DEA-468307, $5,676.00 U.S. Currency, Meridian, MS, Garcia, Elizabeth Cantu De and Garcia, Juan, 05/15/06
DISTRICT OF MONTANA
06-DEA-467983, $12,800.00 U.S. Currency, Big Sky, MT, Posey, David, 05/04/06
06-DEA-468023, $10,000.00 U.S. Currency, West Yellowstone, MT, Huang, Yu Lun AKA Huang, Yu R., 05/05/06
EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-467965, $2,500.00 U.S. Currency, Wilmington, NC, Bryant, Anthony Bert, 05/18/06
06-DEA-468520, $4,477.00 U.S. Currency, Wilson, NC, Artis, Travis Lamont, 05/11/06
MIDDLE DISTRICT OF NORTH CAROLINA
06-DEA-468400, $29,800.00 U.S. Currency, Greensboro, NC, Swaney, Christopher Seth, 05/30/06
06-DEA-468408, $62,948.00 U.S. Currency, Greensboro, NC, Swaney, Christopher Seth, 05/30/06
06-DEA-468414, $5,250.00 U.S. Currency, Lexington, NC, Johnson, Lamicka Renee, 05/30/06
06-DEA-468549, $2,350.00 U.S. Currency, Winston Salem, NC, Thompson, Kenneth Arnold, 06/01/06
06-DEA-468586, $224,968.00 U.S. Currency, Greensboro, NC, Benavidez-Palomares, Arturo AKA Benavides, Arturo Palomares and Savedra, Marco Antonio, 06/01/06

06-DEA-468311, Miscellaneous Residential Amenities, VL: $895.05, (1) Roper Refrigerator; (1) RCA 20' Television with DVD; (1) 5 Piece Table/Chairs set; (1) Tray table; (8) Air Bed Matresses; (8) Cotton Blankets; (8) Pillows, (3) Towels; (2) Bounty Paper Towels; (1) Plastic Cu ps; (2) Cutlery; (1) Hefty Paper Plates, (1) Bag of Tissue Paper; (1) Sales Tax, Laredo, TX, Unidentified, 04/11/06
WESTERN DISTRICT OF TEXAS
06-DEA-466724, 2005 Nissan Maxima, 1N4BA41E55C858759, Laredo, TX, Ozuna, Maria L, 04/20/06
06-DEA-467823, $8,396.00 U.S. Currency, San Antonio, TX, Alamanza, Juan G, 05/12/06
06-DEA-467835, 1999 Chevrolet Silverado C1500 Truck, 2GCEC19T2X1290286, San Antonio, TX, Mejia, Armando, 05/12/06
EASTERN DISTRICT OF VIRGINIA
06-DEA-465873, $1,000.00 U.S. Currency, Richmond, VA, Anderson, Donald Eugene, 03/22/06
06-DEA-468010, Glock 22 .40 caliber semi-automatic handgun, Ser No FHC 155, VL: $495.00, Richmond, VA, Izzie, Rudolph John Ray, 05/04/06
06-DEA-468485, $6,690.00 U.S. Currency, Suffolk, VA, Miller, Barrett Leon, 05/03/06
WESTERN DISTRICT OF VIRGINIA
06-DEA-467637, $25,010.00 U.S. Currency, Bassett, VA, Vargas-Martinez, Roberto Carlos A, 05/04/06
06-DEA-468172, 1999 Mercury Sable GS, 1MEFM50U0XA641490, Roanoke, VA, Law, Robert Carsteal, 05/03/06
EASTERN DISTRICT OF WASHINGTON.
06-DEA-467783, Lorcin L-380 .380 semi-automatic Pistol with Magazine, Ser No 163404, VL $85.00, Spokane, WA, Unidentified, 05/05/06
WESTERN DISTRICT OF WASHINGTON
06-DEA-467487, Assorted Canvas Paintings, VL $15,325.00, (1) "Sharing Moments" #62 by Pinot, (1) "Love" #AP29 by Pinot; (1) "Into the Night" #AP64 by Pinot, (1) "Morning Breeze" #AP3 by Pinot; (1) "A Time to Remember" #19 by Pinot; (1) "Champagne of Kings" #4 by Stiltz, Auburn, WA, Rhodes, Andrew, 05/03/06
06-DEA-467488, Assorted Electronic Equipment, VL: $16,150.00, (1) Sony XBR Grand WEGA 70" LCD Rear Projection HDTV Model KDF-70XBR850, Ser No 9114956, (1) Basestand for Sony 70" LCD HDTV, Ser No None Listed; (1) Pioneer 6.1 Channel THX Receiver Model VSX-56TXi, Ser No DGMP002176CC; (1) Pioneer DVD Player Model DV-47A, Ser No DAMP010943CC; (1) Sharp AQUOS 26" LCD HDTV with wall bracket Model LC-26D7U, Ser No A503813666; (1) Definitive Technology Center Channel Speaker Model CLR2300, Ser No KAEA090MA03177; (1) Definitive Techology BiPolar Supertower Speaker Set Model BP7002, Ser No ICOA1104HA01147 (1) Definitive Techology BiPolar Supertower Speaker Set Model BP7002, Ser No ICOA1104HA01407; (1) Monster Power Home Theater Power Center Model HTS5100, Ser No 01040600368; (1) Sports Art Commercial Elliptical Trainer Model E83, Ser No 0130551, Auburn, WA, Rhodes, Andrew, 05/03/06
06-DEA-467659, Assorted Electronic Equipment, VL: $17,460.00, (1) Alienware Pentium 4 Custom Desktop/Blue, Ser No PC-126111A; (1) Alienware Pentium 4 Custom Desktop/Black, Ser No PC-329403A; (1) Alienware Pentium 4 Custom Laptop with Case &PS Model Area 51-M7700 D9T, Ser No PC372583A; (1) Thermaltake Pentium 4 Custom Desktop/Silver, Ser No None; (1) ABS Pentium III Beige, Ser No 10041131; (1) Western Digital 120GB External USB Hard Drive, Ser No WCALK1477185; (1) Canon PowerShot 5.0 Megapixel Digital Camera Model SD400, Ser No 1024450628; (1) Sandisk 1.0 GB SD Memory Card, Ser No BB0509WH; (1) Sony Cybershot 5.1 Megapixel Digital Camera Model DSC-T7, Ser No 3538002; (1) Sony 512MB High Speed Memory Stick Duo Model MSX-M512N, Ser No E409Y1B; (1) Logitech USB Laser Gaming Mouse Model L2541BT, Ser No None; (1) WLAN Wireless Cardbus Adapter 802.11a+b+g Model CB9, Ser No C03855000037C01; (1) Microsoft Ergonomic Keyboard 4000 Model KU-0462, Ser No 7687600078344; (1) Logitech Cordless Rechargeable Laser Mouse Model M-RAG97, Ser No LZB45002119; (1) Samsung Syncmaster 213T Model NB21BSAS, Ser No NB21H4JXC03301J; (1) Logitech X530 Surround Sound Speakers (2), Ser No None, Auburn, WA, Rhodes, Andrew, 05/03/06
06-DEA-467698, 2005 Yamaha YZF-R1 Motorcycle, JYARN13E55A010784, Auburn, WA, Rhodes, Andrew, 05/03/06
06-DEA-467701, 2006 Kawasaki EX250F Ninja Motorcycle, JKAEXMF186DA19211, Auburn, WA, Rhodes, Andrew, 05/03/06
06-DEA-467703, 2003 Yamaha YZF-R1 Motorcycle, JYARN10E63A008642, Auburn, WA, Rhodes, Andrew, 05/03/06
NORTHERN DISTRICT OF WEST VIRGINIA
06-DEA-467663, $4,700.00 U.S. Currency, Middlebourne, WV, Snyder, James Martin, 04/30/06
SOUTHERN DISTRICT OF WEST VIRGINIA
06-DEA-467868, 1999 Jeep Grand Cherokee, 1J4GW68N9XC645202, Elkview, WV, Fraley, Dannie George, 04/28/06
06-DEA-468140, $784.89 U.S. Currency, Elkview, WV, Fraley, Dannie George, 04/28/06

SECOND NOTICE
LAST DATE TO FILE AUGUST 10, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-467006, 2004 E55 Black Mercedes, WDBUF76J54A421493, Anchorage, AK, Ranes, Thomas Peyton, 04/22/06
06-DEA-467151, 2002 Haulmark Flatbed Car Trailer, 4XSGB28232G037941, Point McKenzie, AK, Whalen, Patrick, 04/26/06
06-DEA-467281, Smith and Wesson .45 Caliber Pistol with Malaser Sights, Ser No JRE9940, VL $475.00, Anchorage, AK, Ranes, Thomas Peyton, 04/22/06
06-DEA-467292, Glock 9mm Pistol, Ser No HFR612, VL: $425.00, Anchorage, AK, Shine, Nopenon Dennis, 04/22/06
06-DEA-467299, Marijuana Grow Equipment, VL: $5,575.00, Point McKenzie, AK, Browning, Kevin Allen, 04/26/06
06-DEA-467328, (2) Assorted Weapons, (1) Smith and Wesson .357 Airlite Handgun, Ser No CFU4243; (1) Remington Model 7, 7mm Rifle with a Luepold Scope, Ser No S7643871, VL:

$7,200.00, Antioch, CA, Burghardt, Scott, 03/23/06
06-DEA-467581, (76) Light Hoods and (74) Ballasts, VL: $30,000.00, Berkeley, CA, Ford, Jonathan and O'Leary, Brian and Burghardt, Scott and Brainerd, Andrew and MacDougall, Rory and O'Day, Derek, 05/02/06
06-DEA-467597, (10) Light Hoods and (14) Ballasts, VL: $4,800.00, Oakland, CA, Ford, Jonathan and Ford, Jeffrey, 05/02/06
06-DEA-467604, (14) Light Hoods and (14) Ballasts, VL: $5,600.00, Oakland, CA, Tisue, Todd, 05/02/06
06-DEA-467617, Wells Fargo Bank, Custom Checking Account #0791342702, VL: $11,117.26, Brentwood, CA, Burghardt, Scott Gregory, 04/03/06
06-DEA-467620, Wells Fargo Bank, Business Checking Account #0963828439, VL: $595.47, Brentwood, CA, Burghardt, Scott Gregory, 04/03/06
06-DEA-467621, Well Fargo Bank, Business Checking Account #8351852432, VL: $1,000.00, Brentwood, CA, Burghardt, Scott Gregory, 04/03/06
06-DEA-467665, Washington Mutual Bank, Account #3743194635, VL: $2,358.80, Oakland, CA, Hawes, Jonathan Jefferson AKA Ford, Jon, 04/03/06
06-DEA-467729, Bank of The West, Account #601016017, VL: $6,119.59, Oakland, CA, Jonathan Jefferson Hawes Ford DBA 13 Green Rentals, 04/03/06
06-DEA-468060, (1) Ruger Model 10/22 Carbine .22LR Caliber Rifle, Ser No 127-67760, VL: $1.00, Willits, CA, Ramirez, Carlos, 05/03/06
SOUTHERN DISTRICT OF CALIFORNIA
06-DEA-461777, $20,000.00 U.S. Currency, San Diego, CA, Sanchez, Joe, 01/04/06
06-DEA-462048, $18,595.00 U.S. Currency, Chula Vista, CA, Smith, Stan, 01/13/06
06-DEA-466307, $6,676.00 U.S. Currency, San Diego, CA, Hetherington, Tricia, 04/14/06
06-DEA-467283, $1,600.00 U.S. Currency, Fallbrook, CA, Reed, Dane Allen AKA Dishman, Dane, 04/14/06
06-DEA-467284, $2,424.00 U.S. Currency, Fallbrook, CA, Dishman, John, 04/14/06
06-DEA-467348, 2001 Lancair IV-P Airplane, Tail Number N300KM, San Diego, CA, Reed, Dane Allen AKA Dishman, Dane, 04/14/06
06-DEA-467673, $1,700.00 U.S. Currency, El Cajon, CA, Vasquez, Ruben, 05/12/06
06-DEA-467678, $5,120.00 U.S. Currency, San Diego, CA, Dizon, Ramond Andrew, 05/11/06
06-DEA-467728, $1,809.00 U.S. Currency, La Jolla, CA, Benton, Russell Joseph, 05/12/06
06-DEA-467730, 2001 Ford Expedition SUV, 1FMRU15WX1LA76108, San Clemente, CA, Escobosa-Guillen, Victor Manuel, 05/02/06
06-DEA-467830, (9) Assorted Money Orders, VL: $8,500.00, (6) Bank of America Money Orders, Ser Nos 0528338; 0528336; 0528337; 0546905; 0546904; (1) Community Credit Union Money Order, Ser No 523397; (1) Western Union Money Order, Ser No 08-438239894; (1) U.S. Postal Money Order, Ser No 06822677814, San Diego, CA, Dizon, Ramond Andrew, 05/11/06
DISTRICT OF COLORADO
06-DEA-467209, 1998 Cadillac Seville SLS, 1G6KS54Y7WU900303, Grand Junction, CO, Luna-Zepeda, Abel, 04/21/06
06-DEA-467520, $4,805.00 U.S. Currency, Breckenridge, CO, Carrasco-Torres, Gustavo Armando, 04/29/06
06-DEA-467526, Glock Model 26 Semi-Automatic Pistol, Ser No BPF447US, VL: $345.00, Breckenridge, CO, Carrasco-Torres, Gustavo Armando, 04/29/06
06-DEA-467527, $3,411.00 U.S. Currency, Frisco, CO, Andrade-Estrada, Bentura, 04/20/06
06-DEA-467558, 2002 Audi A4, WAULC68E72A191756, Breckenridge, CO, Carrasco-Torres, Gustavo Armando, 04/29/06
06-DEA-467592, 1998 Toyota Tacoma, 4TASM92N0WZ122397, Sterling, CO, Chavez-Garcia, Roberto, 05/06/06
06-DEA-467614, $9,000.00 U.S. Currency, Sterling, CO, Chavez-Garcia, Roberto, 05/06/06
06-DEA-467616, 2002 Chevrolet Silverado Truck, 2GCEK19T721422521, Denver, CO, Martinez, Catherine, 05/02/06
06-DEA-467618, $84,590.00 U.S. Currency, Adams County, CO, Diaz-Calderon, Edgar, 04/27/06
06-DEA-467619, $6,289.00 U.S. Currency, Logan County, CO, Anguiano-Mendez, Leobardo, 05/06/06
06-DEA-467644, 1994 Chevrolet C1500 Truck, 1GCEC14Z8RZ156709, Sterling, CO, Plasa, Michael Roger, 05/07/06
06-DEA-467936, $290,070.00 U.S. Currency, Loveland, CO, Donahue, James, 05/15/06
06-DEA-467943, 2003 Acura, 19UYA42673A002207, Loveland, CO, Donahue, James, 05/15/06
DISTRICT OF CONNECTICUT
06-DEA-466678, People's Bank, Account #009-5143903-05, VL: $23,542.27, Bridgeport, CT, Reyes, Raul, 04/19/06
06-DEA-466872, 1998 Chevrolet Corvette, 1G1YY32G6W5112569, Orange, CT, Persad, Ryan, 04/19/06
06-DEA-467874, 1996 Chevrolet Tahoe, 1GNEK13R1TJ392735, Bridgeport, CT, Pagan, Isabel, 05/04/06
06-DEA-467731, $12,392.00 U.S. Currency, Bridgeport, CT, Rolon, Johnny, 05/08/06
DISTRICT OF DELAWARE
06-DEA-467660, $4,460.00 U.S. Currency, Dover, DE, Brown, Willie, 04/26/06
06-DEA-467664, Smith & Wesson Model 5906 Semi-Automatic 9MM Pistol, Ser No TCK2909, VL $215.00, Dover, DE, Harris, Robert, 04/27/06
06-DEA-467681, 1999 Honda Accord LX Sedan, 1HGCG1646XA055681, Dover, DE, West, Ricardo, 04/27/06
06-DEA-467686, $8,803.00 U.S. Currency, Dover, DE, Harris, Robert, 04/27/06
06-DEA-467824, Intratec TEC-22 Semi-Automatic .22 caliber Pistol, Ser No 052860, VL: $120.00, Dover, DE, Troy, Joyce and Robinson, Brittney, 04/27/06
06-DEA-467851, Keltec 9mm Semi-Automatic Pistol, Ser No Obliterated, VL: $125.00, Dover, DE, West, Ricardo, 04/27/06
06-DEA-467895, 1997 Acura 3.5RL Sedan, JH4KA9642VC013504, Dover, DE, Ingram, Leshawn, 04/21/06
MIDDLE DISTRICT OF FLORIDA
06-DEA-468032, $5,367.00 U.S. Currency, Bonita Springs, FL,

AKA Garcia, Manuel Resendez AKA Garcia, Joe Manuel AKA Garcia, Jose M. AKA Resendez, Jose Manuel AKA Resendez, Juan AKA Mamee, Jose AKA Resendez Sr., Jose Manuel, 05/05/06
EASTERN DISTRICT OF LOUISIANA
06-DEA-467847, $1,430.00 U.S. Currency, Marrero, LA, Duong, Quoc, 05/05/06
06-DEA-467920, $1,634.00 U.S. Currency, Metairie, LA, Seaton, Juan, 05/03/06
06-DEA-468033, $3,500.00 U.S. Currency, Houma, LA, Shelby, Juanchez, 05/12/06
MIDDLE DISTRICT OF LOUISIANA
06-DEA-467989, $36,100.00 U.S. Currency, Port Allen, LA, Garcia, Jaime U., 05/17/06
DISTRICT OF MASSACHUSETTS
06-DEA-467295, 1996 Dodge Ram 1500 Pick Up Truck, 3B7HF13Z2TG191745, Revere, MA, Palermo, Paul, 04/27/06
06-DEA-467300, 2001 Harley Davidson FLTRI Motorcycle, 1HD1FSW1X1Y616403, Malden, MA, Palermo, Paul, 04/20/06
06-DEA-467828, 2006 Ford F-350 Pickup Truck, 1FTWF33P06EB12005, Peabody, MA, Mullen, Stefana, 05/05/06
06-DEA-467927, 2004 BMW X5, 5UXFB53584LV01181, Peabody, MA, Mullen, Stefana, 05/04/06
06-DEA-467971, $104,000.00 U.S. Currency, Reading, MA, Scott, Charles and Scott, Paula, 04/26/06
DISTRICT OF MARYLAND
06-DEA-467009, $2,628.00 U.S. Currency, Odenton, MD, Young III, Vernon Hugh, 04/28/06
06-DEA-467053, $9,761.00 U.S. Currency, Baltimore, MD, Oshodi, Eunice J., 04/20/06
06-DEA-467278, $14,190.00 U.S. Currency, Baltimore, MD, McBroom, Ivan, 05/04/06
06-DEA-467388, Westminster Union Bank, Account #80941836, VL: $3,785.23, Westminster, MD, The Estate of Watkins III, James and Watkins, Wendy, 04/21/06
06-DEA-467392, $6,002.00 U.S. Currency, Owings Mills, MD, Waters, Nathaniel Damon, 05/02/06
06-DEA-467508, $2,414.00 U.S. Currency, Baltimore, MD, Kiah, Leontey AKA Kiah, Leontey Earl AKA Kiah, Leontey Earl AKA Kiah, Leontey Erol, 04/27/06
06-DEA-467541, $5,915.00 U.S. Currency, Baltimore, MD, Kiah, Leontey AKA Kiah, Leontey, Earl AKA Kiah, Leontey Earl AKA Kiah, Leontey Erol and Smith, Keith, 04/27/06
06-DEA-467649, (8) BB&T Bank Accounts, #5153756017, #5450400507, #5850558312, #5850635813, #5850521651, #5856145109, #5856667989, #5856667970, VL: $110,787.07, Westminster, MD, Jaeger, Brian P. and Jaeger, Brian L., 05/08/06
06-DEA-467670, Provident Bank, Account #100495465, VL: $5,058.83, Baltimore, MD, Elliott, Aron AKA Elliot, Aron AKA Elliott, Aron Hamilton, 04/27/06
06-DEA-467675, $8,900.00 U.S. Currency, Cecil County, MD, Lesperance, Abraham Adam, 05/01/06
DISTRICT OF MAINE
06-DEA-467719, $12,000.00 U.S. Currency, Lewiston, ME, Unidentified, 05/03/06
EASTERN DISTRICT OF MICHIGAN
06-DEA-467386, $6,000.00 U.S. Currency, Romulus, MI, Cook, Lorenzo, 05/03/06
06-DEA-467454, Assorted Jewelry, VL: $19,200.00, (1) Lady's Michele CSX Diamond Chronograph Watch; (1) Lady's Contemporary Triple Row Platinum Diamond Ring; (1) Lady's Oyster Perpetual Rolex Watch, Southfield, MI, Davis, Rodney G. and Huddleston, Bridget Mashelle, 05/02/06
06-DEA-467633, $20,573.00 U.S. Currency, Romulus, MI, Byrd, Johnny B., 05/08/06
06-DEA-467679, $14,920.00 U.S. Currency, Lima Township, MI, Hardin, Dominique Tromaine AKA Hardin, Dominique T. AKA Hardin, Dominique Tremain AKA Harding, Damien AKA Harding, Damien T. AKA Hardin, Damien T. AKA Young, Demo AKA Young, Edward T., 05/06/06
06-DEA-467721, 1994 Featherlite 4940 Coach Trailer, 4FGL40303RA945345, Lima Township, MI, Johnson, David William, 05/08/06
06-DEA-467764, $12,155.00 U.S. Currency, Romulus, MI, Scott, Demetrius Alexander, 05/07/06
06-DEA-467787, $10,053.00 U.S. Currency, Romulus, MI, Smith, Milton Emel, 05/07/06
06-DEA-467799, $5,000.00 U.S. Currency, Romulus, MI, A Juvenile, 05/07/06
06-DEA-467858, 2006 Dodge Charger, 2B3KA53H26H111498, Southfield, MI, Davis, Rodney G. and Huddleston, Bridget Mashelle, 05/02/06
06-DEA-468012, 1997 International 4700 T444E Wrecker, 1HTSCABM6VH447742, Detroit, MI, Hardin, Dominique Tromaine AKA Hardin, Dominique T. AKA Hardin, Dominique Tremain AKA Harding, Damien AKA Harding, Damien T. AKA Hardin, Damien T. AKA Young, Demo AKA Young, Edward T., 05/06/06
DISTRICT OF MINNESOTA
06-DEA-467442, $19,986.00 U.S. Currency, Minneapolis, MN, Jackson, Adrian, 05/01/06
06-DEA-467453, City-County Credit Union, Checking Account #9167965, VL: $5,132.91, Minneapolis, MN, Jackson, Adrian, 05/02/06
DISTRICT OF MONTANA
06-DEA-468282, $3,007.00 U.S. Currency, Laurel, MT, Demarais, Lane, 05/03/06
06-DEA-468306, 1994 Pontiac Firebird Trans Am, 2G2FV22P4R2209159, Laurel, MT, Demarais, Lane, 05/03/06
EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-468956, $5,000.00 U.S. Currency, Godwin, NC, [illegible]

Williams, Wilber Nathaniel, 05/18/06
06-DEA-468626, (3) Assorted Kirby Lester Pill Counters, VL: $38,985.00, (1) Kirby Lester KL-200 Pill Counter with Hopper, Ser No K21105A; (1) Kirby Lester KL-X Pill Counter, Ser No

[right-hand column cut off at page edge; partially visible entries for Western District of Oregon, Eastern District of Pennsylvania, Middle District of Pennsylvania, District of Rhode Island, Eastern District of Tennessee, Southern District of Texas, Western District of Texas]

◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O Box 1475, Quantico, Virginia 22134-14 Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operetions, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu o the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be acceptad The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects,

**FIRST NOTICE**
**LAST DATE TO FILE AUGUST 24, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
**06-DEA-468061**, $38,267.00 U.S. Currency, Anchorage, AK, Unknown, 05/18/06
**06-DEA-468406**, $3,481.00 U.S. Currency, Fairbanks, AK, Hasavong, Ramsey, 05/18/06
**MIDDLE DISTRICT OF ALABAMA**
**06-DEA-468568**, $171,110.00 U.S. Currency, Georgiana, AL, Reyna-Jimenez, Orlando, 05/26/06
**06-DEA-468571**, $11,147.00 U.S. Currency, Georgiana, AL,
**06-DEA-468702**, $22,870.00 U.S. Currency, Los Angeles, CA, Biggs, Ian Robert, 05/17/06
**06-DEA-468705**, $5,431.00 U.S. Currency, Los Angeles, CA, Williams, Earlston, 05/17/06
**06-DEA-468707**, $94,400.00 U.S. Currency, Los Angeles, CA, Burton, Lucien Wayne AKA Isaac, Bernard, 05/17/06
**06-DEA-468785**, $2,500.00 U.S. Currency, El Segundo, CA, Unidentified, 05/16/06
**06-DEA-469156**, $73,790.00 U.S. Currency, South Gate, CA, Cruz, Nancy and Toscano-Valencia, Jose, 04/25/06
**SOUTHERN DISTRICT OF CALIFORNIA**
**06-DEA-467600**, $20,796.00 U.S. Currency, San Diego, CA, Garcia, Juan Alberto, 05/10/06
**06-DEA-467891**, $1,851.00 U.S. Currency, Carlsbad, CA, Eickhoff, Vernita Rae, 05/17/06
**06-DEA-468220**, 2001 Toyota Sequoia SUV, 5TDBT48A81S051376, Pine Valley, CA, McDaniel, Steven Lloyd, 05/16/06
**06-DEA-468236**, 1992 Ford Econoline Van, 1FDEE14N4NHA85416, Jamul, CA, Lee-Peralta, Luis Cristian, 05/15/06
**06-DEA-468341**, $15,255.00 U.S. Currency, San Diego, CA Torres-Legorreta, Martin and Cavillo, Roselia, 05/25/06
**DISTRICT OF COLORADO**
**06-DEA-468599**, One Jacob & Co Bracelet and One Jacob & Co Wristwatch, VL: $5,500.00, Ser No 168, Thornton, CO, Rios, Julio, 05/04/06
**DISTRICT OF CONNECTICUT**
**06-DEA-468421**, $80,200.00 U.S. Currency, East Hartford, CT, Baran, Stacy and Boucher, Allyn, 05/11/06
**06-DEA-468433**, 2005 Suzuki GSX1300R Motorcycle, JS1GW71A252111815, South Windsor, CT, Drummond, Daniel, 05/11/06
**MIDDLE DISTRICT OF FLORIDA**
**06-DEA-468594**, $123,168.00 U.S. Currency, Davenport, FL, Lopez, Ma-Concepcion Ontiveros, 05/20/06
**06-DEA-468595**, $39,349.00 U.S. Currency, Dade City, FL, Hernandez, David, 05/20/06
**NORTHERN DISTRICT OF FLORIDA**
**06-DEA-468269**, $13,000.00 U.S. Currency, Milton, FL, Dixon, Tabitha Marie, 05/16/06
**06-DEA-468272**, $9,241.00 U.S. Currency, Milton, FL, Vasser, Valentine, 05/16/06
**06-DEA-468275**, $6,773.00 U.S. Currency, Milton, FL, Johnson, Frederick, 05/16/06
**06-DEA-468373**, $7,108.00 U.S. Currency, Gainesville, FL, Windle, Harry Neal, 05/24/06
**06-DEA-468378**, 2001 Ford F-250 Diesel Pickup Truck, 1FTNX21F81EB84026, Gainesville, FL, Windle, Harry Neal, 05/24/06
**06-DEA-468381**, 2003 Harley Davidson Electra Glide Classic Motorcycle, 1HD1FFW1X3Y641389, Gainesville, FL, Windle, Harry Neal, 05/24/06
**SOUTHERN DISTRICT OF FLORIDA**
**06-DEA-467141**, $3,600.00 U.S. Currency, Miramar, FL, Sanchez-Paez, Hanssel, 04/28/06
**06-DEA-468495**, $2,238.00 U.S. Currency, Jupiter, FL, Allen Jr., Leonard, 05/22/06
**06-DEA-468509**, $2,520.00 U.S. Currency, Jupiter, FL, Allen Jr., Leonard, 05/22/06
**06-DEA-468608**, $1,012.00 U.S. Currency, Boynton Beach, FL, Jackson, Jason, 05/22/06
**06-DEA-468617**, $11,488.64 U.S. Currency, Fort Lauderdale, FL, American Medical Management Association, ET AL, 05/21/06
**06-DEA-468646**, $3,830.00 U.S. Currency, Boca Raton, FL, American Medical Management Association, ET AL, 05/21/06
**06-DEA-468680**, $10,085.00 U.S. Currency, Boynton Beach, FL, Ferguson, Kelvin E., 05/22/06
**06-DEA-468780**, $3,324.00 U.S. Currency, Port St. Lucie, FL, Saturne, Mattie, 06/05/06
**06-DEA-468835**, Mossberg Model 500 ATP 12 Gauge Shotgun, Ser No H509570, VL: $1.00, Fort Lauderdale, FL, Ellis, Phillip, 05/18/06
**06-DEA-468976**, $1,527.00 U.S. Currency, Lauderhill, FL, American Medical Management Association, ET AL, 05/21/06
**MIDDLE DISTRICT OF GEORGIA**
**06-DEA-468552**, $20,000.00 U.S. Currency, Valdosta, GA, Moore, Tomarcus Delmarro and Stewart, Edward Hutto, 05/22/06
**06-DEA-468804**, $11,506.00 U.S. Currency, Barnesville, GA, Hodges, Marcus and Hall, Codey Lamont and Ball, Khoury Terrell, 05/25/06
**NORTHERN DISTRICT OF GEORGIA**
**05-DEA-453526**, $498,178.00 U.S. Currency, Villa Rica, GA, Tuquer, Jorge A., 06/07/05
**06-DEA-465035**, 1989 Mazda B2600 Pickup, JM2UF6148K0806719, Duluth, GA, Godinez-Torres, Pedro and Bejarano, Pedro and Toledo, Faviola, 03/06/06
**06-DEA-468044**, $4,325.00 U.S. Currency, Monroe, GA, Ramey, Jason Durran AKA Johnson, Michael AKA Ramey, James Durran, 05/22/06
**06-DEA-468450**, 2002 Cadillac Escalade, 1GYEC63T92R319363, Lilburn, GA, Cabrera, Vicente Arzate AKA Ledezma, Victor Manuel Zaabedra, 05/24/06
**06-DEA-468747**, $21,372.00 U.S. Currency, Decatur, GA, McGowan, Rudolph Paul AKA McGowan, Paul Rudolph, 06/06/06
**06-DEA-468797**, $9,000.00 U.S. Currency, Atlanta, GA, Romero, Grandel Gonzalez and Torres, Javier Suazo, 06/06/06

**06-DEA-467994**, $36,578.64 U.S. Currency, Louisville, KY, Price, Shawlanda Nakia AKA Hardy, Shawlanda Nakia AKA Gray, Shawlanda Nakia, 05/10/06
**EASTERN DISTRICT OF LOUISIANA**
**06-DEA-468412**, $237.00 U.S. Currency, Harvey, LA, Revest LLC and Higgins, Carlos, 05/23/06
**06-DEA-468413**, $1,040.28 U.S. Currency, Harvey, LA, Higgins, Carlos and Higgins, Debra, 05/23/06
**06-DEA-468415**, $740.00 U.S. Currency, Harvey, LA, Higgins, Carlos and Higgins, Debra, 05/23/06
**06-DEA-468419**, $400.00 U.S. Currency, Gretna, LA, Reed, Brian, 05/23/06
**06-DEA-468436**, $6,000.00 U.S. Currency, Slidell, LA, Madrid, Jess, 05/05/06
**WESTERN DISTRICT OF MISSOURI**
**06-DEA-468115**, 2003 Volkswagen Jetta Sedan, 3VWTH69M83M077891, Kansas City, MO, Olguin-Lozoya, Jose Desideno, 05/09/06
**EASTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-464792**, 2002 Stinger Coastal Skiff Boat with 2002 Load VT Trailer, (1) 2002 Load VT Trailer, Ser No VIN #5A4WCFP1X22000231; (1) 2002 Stinger Coastal Skiff Boat, Ser No CFC80611D202, Cape Carteret, NC, Ryan, Wayne Michael, 02/08/06
**06-DEA-468612**, $38,000.00 U.S. Currency, Rocky Mount, NC, Carpenter, Harry Lee, 05/09/06
**06-DEA-468690**, $36,000.00 U.S. Currency, Fayetteville, NC, Harris, Maurice Nuvon and Jarvis, Brian Dinel, 06/05/06
**06-DEA-468699**, $67,926.00 U.S. Currency, Henderson, NC, Barber, James AKA Barber, Donald, 06/06/06
**06-DEA-468722**, 1999 Volkswagen Passat, WVWMD63BXXE448362, Henderson, NC, Barber, James AKA Barber, Donald, 06/06/06
**06-DEA-468725**, $20,000.00 U.S. Currency, Smithfield, NC, Tejada, Albert S., 06/06/06
**06-DEA-468737**, $3,373.00 U.S. Currency, Pink Hill, NC, Rivera, Isidro Araisa, 05/22/06
**06-DEA-468782**, (3) Kirby Lester KL-200 Pill Counters, VL: $38,985.00, (1) Kirby Lester KL 200 Pill Counter with/Hopper, V03221, Ser No K21075A; (1) Kirby Lester KL 200 Pill Counter, Ser No K21113A, (1) Kirby Lester KL 200 Pill Counter, Ser No K21080A, Fayetteville, NC, Kwic Fill Pharmacy, 06/05/06
**06-DEA-469148**, $1,549,943.00 U.S. Currency, Henderson, NC, Sosa-Cornelio, Julio AKA Rodriguez, Miguel Avalos and Lunar-Vargas, Juan Carlos, 06/15/06
**MIDDLE DISTRICT OF NORTH CAROLINA**
**06-DEA-468066**, $4,558.00 U.S. Currency, Kannapolis, NC, Knox Jr., Tony Lavant, 05/22/06
**06-DEA-468139**, $2,158.60 U.S. Currency, Rockingham, NC, Utley, Eulando Jerrard, 05/23/06
**06-DEA-468637**, $71,860.00 U.S. Currency, Winston Salem, NC, Nunez, Alesimo Morales AKA Nunez, Silvio Morales and Radilla, Daniel Soberales AKA Radilla, Jose Laurel, 06/01/06
**06-DEA-468689**, $301,860.00 U.S. Currency, Winston Salem, NC, Montanez Jr., Antonio, 06/01/06
**WESTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-468083**, $38,802.00 U.S. Currency, Charlotte, NC, O'Quinn, Lamond Antonio, 05/09/06
**DISTRICT OF NEBRASKA**
**06-DEA-467950**, $12,600.00 U.S. Currency, Lincoln, NE, Finley, Robert, 05/09/06
**DISTRICT OF NEW JERSEY**
**06-DEA-468487**, 2001 Cadillac Deville 1G6KF57961U280769 Paterson, NJ, Jacobs, Jeffrey AKA Raborn, 05/23/06
**06-DEA-468800**, $3,107.00 U.S. Currency, Paterson, NJ, Jacobs, Jeffrey AKA Raborn, 05/23/06
**EASTERN DISTRICT OF NEW YORK**
**06-DEA-467991**, $15,146.45 U.S. Currency, Brooklyn, NY, Sealy, Michael, 05/08/06
**06-DEA-468030**, $25,447.00 U.S. Currency, Brooklyn, NY, Beasley, Lamont, 05/01/06
**06-DEA-468164**, $8,000.00 U.S. Currency, Richmond Hill, NY, Murphy, Juan, 05/16/06
**NORTHERN DISTRICT OF NEW YORK**
**06-DEA-467763**, $3,339.00 U.S. Currency, Troy, NY, Milligan, William M., 05/02/06
**06-DEA-468198**, $3,750.00 U.S. Currency, Troy, NY, Lordson, Lafond, 05/17/06
**06-DEA-468205**, $3,019.00 U.S. Currency, Port Ewen, NY, Lee, Krista and Moye, Myron, 05/17/06
**SOUTHERN DISTRICT OF NEW YORK**
**05-DEA-468202**, $304,980.00 U.S. Currency, West Nyack, NY, Unidentified, 05/12/06
**06-DEA-465040**, $98,680.00 U.S. Currency, New York, NY, Gonzalez, Guadalupe Alonso, 03/14/06
**06-DEA-467204**, $55,208.00 U.S. Currency, New York, NY, Dagostino, Peter 04/19/06
**06-DEA-467475**, $154,804.00 U.S. Currency, Bronx, NY, Gordon, Desmond, 04/21/06
**06-DEA-467477**, $3,330.00 U.S. Currency, Bronx, NY, Gordon, Desmond, 04/21/06
**06-DEA-467530**, $9,000.00 U.S. Currency, New York, NY, Lopez-Ortiz, Daniel, 04/28/06
**06-DEA-467935**, $139,010.00 U.S. Currency, West Nyack, NY, Arambula, David, 05/04/06
**06-DEA-467957**, $130,000.00 U.S. Currency, West Nyack, NY, Arambula, David, 05/04/06
**06-DEA-468015**, $51,760.00 U.S. Currency, Bronx, NY, Mejia, Wilson, 05/03/06
**06-DEA-468251**, $3,872.00 U.S. Currency, New York, NY, Martin, Matthew, 05/04/06
**WESTERN DISTRICT OF NEW YORK**
**06-DEA-467918**, 2002 Chevrolet Tahoe, 1GNEK13Z42R255997, Buffalo, NY, Coleman, Leeland, 05/04/06
**06-DEA-468082**, $12,363.00 U.S. Currency, City of Tonawanda, NY, Bennett, Ron J., 05/16/06
**06-DEA-468084**, $2,752.00 U.S. Currency, Lockport, NY, Atkins, Jermaine N., 05/16/06
**06-DEA-468098**, $5,045.00 U.S. Currency, Buffalo, NY, Stevens, Anthony, 05/19/06
**06-DEA-468253**, 2001 Oldsmobile Alero, 1G3NK52T41C137043 Buffalo, NY, Baxter, Scott, 05/19/06

**06-DEA-468469**, Beretta 9mm Handgun & Suppressor, Ser No 252543, VL: $350.00, Sallisaw, OK, Valdivia, Samuel, 05/02/06
**06-DEA-468539**, 1957 Chevrolet 3100 HydraMatic Pickup, 3A57S109798, Sallisaw, OK, Valdivia, Samuel and Valdivia, Rhonda, 05/02/06
**06-DEA-468570**, 1997 Nu-Wa Hitchhiker Travel Trailer, 1NW32KR09VD070485, Sallisaw, OK, Valdivia, Samuel and Valdivia, Rhonda, 05/02/06
**06-DEA-468583**, 2004 Elite 3-Horse Trailer, 5MKWG202250005991, Sallisaw, OK, Valdivia, Samuel and Valdivia, Rhonda, 05/02/06
**06-DEA-468584**, 2002 Sun Tracker Party Deck 21 Boat, Ser
**06-DEA-467424**, International Bank of Commerce, C.D. Account #2110088060, VL: $400,000.00, Laredo, TX, Flores, Nora, 05/05/06
**06-DEA-467484**, 2006 Ford Fiesta, 9BFBT10N968426299, Laredo, TX, Barrios-Rugeno, Oscar, 05/07/06
**06-DEA-468039**, 2003 Volkswagen Beetle, 3VW51A1B03M911665, Freer, TX, Reyes-Cruz, Rafael, 05/15/06
**06-DEA-468344**, $29,373.84 U.S. Currency Friendswood, TX, Okose, Peter C., 05/03/06
**06-DEA-468391**, $4,884.00 U.S. Currency, Houston, TX, Solomon, Troy, 05/03/06
**06-DEA-468399**, $29,930.00 U.S. Currency, Houston, TX, George, Dennis, 05/03/06
**WESTERN DISTRICT OF TEXAS**
**06-DEA-468232**, $2,709.00 U.S. Currency, El Paso, TX, Oliver, Richard, 05/10/06
**06-DEA-468262**, $3,699.00 U.S. Currency, Waco, TX, Edmonds, Jimmy Shane, 05/05/06
**06-DEA-468772**, $5,210.00 U.S. Currency, Waco, TX, Zambrano, Antonio Guadalupe, 06/07/06
**EASTERN DISTRICT OF VIRGINIA**
**06-DEA-468019**, Mossberg 500 A 12-gauge shotgun, Ser No R699660, VL: $270.00, Richmond, VA, Witt, Rebecca and (Last Name Unknown), Preston, 05/04/06
**WESTERN DISTRICT OF VIRGINIA**
**06-DEA-468191**, BB&T Savings, Account #0000415626711, VL: $25,016.08, Big Stone Gap, VA, Hahn, Karen Slawsby, 05/15/06
**06-DEA-468299**, 2003 Chevrolet Avalanche, 3GNEK13T23G211820, Bassett, VA, Moore, Calvin Rayfield, 05/22/06
**06-DEA-468593**, Assorted Firearms, VL: $558.00, (1) Sturm Ruger .22 Caliber Pistol with Leather Holster, Ser No 65-20425; (1) Beretta Model U22 NEOS 22 Caliber Pistol with Simmons scope, Ser No P34364, Pulaski, VA, Alderman, James Chris, 05/04/06
**EASTERN DISTRICT OF WASHINGTON**
**06-DEA-468787**, $5,000.00 U.S. Currency, Kent, WA, Unidentified, 05/16/06
**WESTERN DISTRICT OF WASHINGTON**
**06-DEA-468231**, $34,150.00 U.S. Currency, Kent, WA, Bennum, Van Xuan, 05/19/06
**EASTERN DISTRICT OF WISCONSIN**
**06-DEA-468296**, 2000 Dodge Stratus SE, 1B3EJ46X1YN227566, Green Bay, WI, Watts, Jeffrey J., 05/15/06

**SECOND NOTICE**
**LAST DATE TO FILE AUGUST 17, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
**06-DEA-467232**, $11,940.00 U.S. Currency, Anchorage, AK, Sours, Mary Lou, 05/02/06
**06-DEA-467566**, 2006 Flatbed Aluminum Trailer, Ser No AK69509, Anchorage AK, Shine, Nopenon Dennis, 05/01/06
**06-DEA-467609**, 1993 Ford Mustang LX Sport, 1FACP41E4PF165721, Anchorage, AK, Eltzer, Travis, 05/01/06
**06-DEA-467896**, 2006 Chevrolet Corvette, 1G1YY26U765118553, Fairbanks, AK, Johnson, Donnell AKA Wallace III, Johnnie Curtis, 04/29/06
**06-DEA-467970**, $8,284.00 U.S. Currency, Fairbanks, AK, Johnson, Donnell, 04/29/06
**NORTHERN DISTRICT OF ALABAMA**
**06-DEA-468208**, $11,987.00 U.S. Currency, Birmingham, AL, Williams, Daryl Dejuan, 05/08/06
**DISTRICT OF ARIZONA**
**06-DEA-468096**, Bank of America, Account #004680483519, VL: $15,953.38, Oro Valley, AZ, Rising Mallet LLC, 05/16/06
**06-DEA-468110**, Bank of America, Account #004653816223, VL: $36,942.02, Oro Valley, AZ, Rising Mallet LLC, 05/16/06
**06-DEA-468114**, Bank of America, Account #004655765835, VL: $12,441.78, Oro Valley, AZ, A Juvenile, 05/15/06
**06-DEA-468122**, $7,610.00 U.S. Currency, Tucson, AZ, Stupka, Edwin J. and Newberry, Rebecca J., 05/16/06
**CENTRAL DISTRICT OF CALIFORNIA**
**06-DEA-462601**, 2005 Ford F150 Pickup Truck, 1FTRW12W95KC15384, Nuevo, CA, Arrendondo, Jose AKA Cortez, Enrique Sarmiento, 12/21/05
**06-DEA-467791**, $27,614.00 U.S. Currency, Corona, CA, Rocha, Isela AKA Rocha, Priscilla, 05/12/06
**06-DEA-467832**, $2,149.00 U.S. Currency, Santa Ana, CA, Lua, Eduardo Guzman AKA Vargas, Eustacio Villa, 04/25/06
**06-DEA-467842**, $2,063.00 U.S. Currency, Santa Ana, CA, Solis, Fernando Salgado AKA Solis, Armando Guttierrez, 04/25/06
**06-DEA-467912**, $238,390.00 U.S. Currency, Hollywood, CA, Masherkoff, Omid and Salewick, Alexander and Marino, Paolo, 05/16/06
**06-DEA-467913**, $2,706.00 U.S. Currency, Hollywood, CA, Marino, Paolo, 05/16/06
**06-DEA-468002**, $47,960.00 U.S. Currency, Los Angeles, CA, Barnes, Rudolph Sylvestor AKA Johnson, Junior Anthony, 05/10/06
**06-DEA-468072**, $5,382.00 U.S. Currency, Los Angeles, CA, Triplett, Arlandus Delano, 05/08/06
**06-DEA-468092**, $18,000.00 U.S. Currency, Los Angeles

**06-DEA-468639**, $36,480.00 U.S. Currency, Sacramento, CA, DBA Trainwreck Cafe, Jenelle L. Daffron and Desiree R. Mott, 04/19/06
**06-DEA-468683**, $4,000.00 U.S. Currency, North Highlands, CA, Daffron, Jenelle Lynn, 04/19/06
**NORTHERN DISTRICT OF CALIFORNIA**
**06-DEA-468528**, $9,641.00 U.S. Currency, San Jose, CA, Vasquez, Hector Palomino, 05/05/06
**06-DEA-468579**, $43,029.00 U.S. Currency, San Jose, CA, Vasquez, Hector Palomino, 05/05/06
**06-DEA-468776**, 2005 Nissan Titan Pickup Truck, 1N6AA07A95N523590, Santa Rosa, CA, Williams, Wayne Douglas, 04/13/06
diamonds, 4.0 carats; (1) gentleman's 14K pink gold ring, 132 quadrillant cut diamonds, 7.2 carats; (1) 19.75" pink gold necklace with 73 circlets with 511 diamonds, 13 carats, (1) pink, yellow & white gold diamond tennis bracelet, 7 carats of colored diamonds; (1) 35" heavy solid 10K gold necklace; (1) 8" 10K bracelet matching, (1) shield-shaped pendant, 14K white gold with 3.80 carats of diamonds; (1) gentleman's bracelet, 14K white gold, 7.25 carats of diamonds; (1) 14K pink gold large heart pendant with chain, 1.20 carats of diamonds; (1) gentleman's wristwatch with feather band, Aqua Master, 6 carats of diamonds, Dallas, GA, Murray, Carlos A. and Taylor, Crystal, 04/21/06
**06-DEA-468354**, $1,482.00 U.S. Currency, Stockbridge, GA, House, Lamar Darnell and Barnes, Marcus Jerome and Perry, Jorden Ross, 05/04/06
**06-DEA-468418**, $1,030.00 U.S. Currency, Atlanta, GA, Beetles, Antonio, 05/30/06
**06-DEA-468429**, $82,099.00 U.S. Currency, Lilburn, GA, Cabrera, Vicente Arzate AKA Ledezma, Victor Manuel Zaabedra, 05/24/06
**06-DEA-468452**, $1,402.00 U.S. Currency, Atlanta, GA, Chatman, Christopher, 05/30/06
**06-DEA-468547**, $30,574.00 U.S. Currency, Decatur, GA, Bashir, Ali Karim and Ross, Cordell Jamell, 06/01/06
**06-DEA-468548**, $4,332.00 U.S. Currency, Atlanta, GA, Ellington, Mandens, 06/01/06
**DISTRICT OF HAWAII**
**06-DEA-468024**, 2003 Lincoln Navigator, 5LMFU27R83LJ22955, Honolulu, HI, Daguro, Bobby Kalehua, 05/12/06
**06-DEA-468151**, 2001 Toyota Tacoma P/U Truck, 5TEWN72N01Z798434, Waianae, HI, Daguro, Bobby Kalehua, 05/19/06
**NORTHERN DISTRICT OF ILLINOIS**
**06-DEA-468270**, $2,370.00 U.S. Currency, Sterling, IL, Estrada, Salvador, 04/27/06
**EASTERN DISTRICT OF KENTUCKY**
**06-DEA-467862**, $2,109.00 U.S. Currency, Mt. Sterling, KY, Fraley, Dannie George, 04/28/06
**WESTERN DISTRICT OF KENTUCKY**
**06-DEA-468006**, Assorted Jewelry, VL: $30,000.00, (1) Gold & Diamond Men's Rolex Watch; (1) Silver & Diamond Franck Muller Men's Watch; (1) Silver & Diamond Aqua Master Women's Watch; (1) Silver & Diamond Women's Heart Pendant and Chain; (1) Gold & Diamond Women's Cross Pendant & Chain; (1) Gold & Diamond Women's Rolex Watch; (1) Silver & Diamond Women's Rolex Watch; (1) Silver & Diamond Women's Ring; (1) Gold & Diamond Women's Ring; (1) Silver & Diamond Royal Oak Offshoremen's Watch, Louisville, KY, Price, Shawlanda Nakia AKA Hardy, Shawlanda Nakia AKA Gray, Shawlanda Nakia, 05/10/06
**EASTERN DISTRICT OF LOUISIANA**
**06-DEA-468263**, $103,310.00 U.S. Currency, Slidell, LA, White Jr., Willie, 05/18/06
**06-DEA-468271**, $2,960.00 U.S. Currency, Slidell, LA, White Jr., Willie, 05/18/06
**06-DEA-468286**, $2,721.00 U.S. Currency, Slidell, LA, Payne, Everett, 05/18/06
**06-DEA-468290**, $8,371.00 U.S. Currency, Slidell, LA, Thomas, Marlo, 05/18/06
**06-DEA-468294**, $26,994.00 U.S. Currency, Slidell, LA, Williams, Andrew and Smith, Nakosha, 05/18/06
**06-DEA-468317**, Capital One Bank, Account #812463454, VL: $91,679.83, Metaire, LA, Revest LLC and Higgins, Carlos J. and Higgins, Debra G., 05/23/06
**06-DEA-468322**, Omni Bank, Account #6100005328, VL: $8,519.55, Metaine, LA, Higgins, Carlos J. and Higgins, Debra G., 05/23/06
**06-DEA-468324**, $16,000.00 U.S. Currency, Harvey, LA, Higgins, Carlos, 05/23/06
**06-DEA-468336**, Beretta Model 92F 9mm Handgun, Ser No BER324304, VL: $430.00, Harvey, LA, Higgins, Carlos, 05/23/06
**DISTRICT OF MASSACHUSETTS**
**06-DEA-468713**, $3,630.00 U.S. Currency, New Bedford, MA, Monteiro, Rhonda L., 05/03/06
**06-DEA-468964**, Assorted Jewelry, VL: $49,700.00, (1) Jacob & Co. Stainless Steel Diamond/Leather Watch; (1) Bentley Lemans Ltd. Ed. Stainless Watch; (1) Diamond Earrings 3.20 carats, Leominster, MA, Police, Nicholas P., 03/21/06
**DISTRICT OF MARYLAND**
**06-DEA-467177**, $5,800.00 U.S. Currency, Baltimore, MD, Henderson Jr., Leroy Pennington AKA Henderson, Leroy, 04/24/06
**06-DEA-467366**, $16,000.00 U.S. Currency, Baltimore, MD, West, Jamal B., 05/05/06
**06-DEA-467367**, $6,000.00 U.S. Currency, Baltimore, MO, McNeil, Charles, 05/05/06
**06-DEA-467368**, $61,860.00 U.S. Currency, Baltimore, MD, Young, Steven, 05/03/06
**06-DEA-467654**, $8,340.00 U.S. Currency, Baltimore, MD, Kai Kai, Jaiah Nlaji, 05/04/06
**06-DEA-467655**, $11,244.00 U.S. Currency, Baltimore, MD, Clark Jr., David Aaron, 05/01/06
**06-DEA-467814**, $6,200.00 U.S. Currency, Baltimore, MD, Munyan, Eric, 05/09/06
**06-DEA-467852**, $10,000.00 U.S. Currency, Baltimore, MD, Werner III, Guy Garrett and Ellis, Kathleen, 05/03/06
**06-DEA-467863**, $2,578.00 U.S. Currency, Baltimore, MD, Heard, Tommy AKA Warmy and Fitzgerald, Debra AKA Fitzgerald, Debra Michelle, 05/04/06

Chronometer Watch, Ser No K130550-1-2259; (1) Man's 18kt Yellow Gold Roger Dubuis Watch, Ser No N/A; (1) Man's 14kt Yellow Gold Square Top Channel Set Diamond Ring, Ser No N/A; (1) Man's 14kt Yellow Gold 5 Row Channel/Invisible Set Diamond Rectangular Ring, Ser No N/A, (1) Man's 14kt White Gold Contemporary 8 Row Square and Rectangular Diamond Ring, Ser No N/A; (1) Man's 14kt Yellow/White Gold 32" Fancy Round Ball and Link Neck Chain, Ser No N/A; (1) Man's 14kt White Gold 37" Boston Link Neck Chain, Ser No N/A; (1) Man's 14kt Yellow Gold Square and Rectangular Link Diamond Bracelet, Ser No N/A; (1) Man's 14kt White Gold Rectangular Braided Diamond Link Bracelet, Ser No N/A;
**06-DEA-467707**, $13,485.00 U.S. Currency, Buffalo, NY, Coleman, Leeland, 05/04/06
**06-DEA-467710**, $30,010.00 U.S. Currency, Buffalo, NY, Battaglia, Frank, 05/04/06
**06-DEA-467712**, $3,096.00 U.S. Currency, Buffalo, NY, Beavers, Phillip and Russell, Colleen, 05/04/06
**06-DEA-467714**, $1,286.00 U.S. Currency, Buffalo, NY, Burruss, Jason, 05/04/06
**06-DEA-467760**, $13,545.00 U.S. Currency, Rochester, NY, Hardmon, Latoya, 05/09/06
**06-DEA-467947**, $10,900.00 U.S. Currency, Rochester, NY, Strickland, Lydell, 04/27/06
**NORTHERN DISTRICT OF OHIO**
**06-DEA-467987**, $4,033.00 U.S. Currency, Youngstown, OH, Gordon, Ronald G., 05/16/06
**06-DEA-468137**, Glock 23 .40 Caliber Semi-automatic Handgun with Magazines and Ammunition, Ser No FL Z 304, VL: $345.00, Youngstown, OH, Gordon, Ronald G., 05/16/06
**06-DEA-468138**, $28,804.00 U.S. Currency, Cleveland, OH, Pinson, Darrell AKA Pinson, Darren AKA Pinson, Pete AKA Twin Brother, 05/18/06
**06-DEA-468368**, US Bank, Account #1301 0872 3607, VL: $52,000.00, Bedford Heights, OH, Big Bo Promotions Inc. and Davis, Jeffrey, 05/05/06
**SOUTHERN DISTRICT OF OHIO**
**06-DEA-467860**, 1996 Wabash Utility Trailer, 1UYVS2534VM356502, Columbus, OH, Solis, Sergio Solis AKA Solis, Sergio, 04/28/06
**06-DEA-467870**, 2001 Volvo Tractor Truck, 4VANC9RJ82N250528, Columbus, OH, Solis, Sergio Solis AKA Solis, Sergio, 04/28/06
**06-DEA-468003**, $21,020.00 U.S. Currency, Dayton, OH, Murphy Jr., Eddie L., 05/16/06
**WESTERN DISTRICT OF OKLAHOMA**
**06-DEA-468888**, 1994 GMC Suburban, 1GKFK16K4RJ737149, Oklahoma City, OK, Medina-Prado, Carlos AKA Medina, Carlos Prado, 04/17/06
**DISTRICT OF OREGON**
**06-DEA-467671**, 1960 Piper Comanche 250, Tail Number N6658P, Aurora, OR, Deegan Jr., Melvin Howard, 05/10/06
**WESTERN DISTRICT OF PENNSYLVANIA**
**06-DEA-468014**, First National Bank, Account #700623440, VL: $20,301.54, Hermitage, PA, Gordon, Ronald G., 05/17/06
**DISTRICT OF PUERTO RICO**
**06-DEA-467978**, $54,900.00 U.S. Currency, Carolina, PR, Rodriguez-Cuarta, Byron, 04/26/06
**06-DEA-468005**, 2002 Nissan Altima, 1N4AL11D12C152296, Barceloneta, PR, Robles-Arroyo, Alejandro, 05/03/06
**06-DEA-468029**, $49,393.00 U.S. Currency, Canovanas, PR, Martinez-Quiles, Ruben, 04/27/06
**06-DEA-468157**, $37,000.00 U.S. Currency, Carolina, PR, Pabon-Colon, Luis G., 05/08/06
**DISTRICT OF SOUTH CAROLINA**
**06-DEA-468383**, $19,790 U.S. Currency, Florence, SC, Hall, Sidney Mandrell, 05/16/06
**06-DEA-468476**, $1,347.00 U.S. Currency, Greenville, SC, Cabrera-Vasquez, Simon, 05/31/06
**WESTERN DISTRICT OF TENNESSEE**
**06-DEA-468703**, $12,600.00 U.S. Currency, Memphis, TN, Torres, Cindy K., 05/03/06
**EASTERN DISTRICT OF TEXAS**
**06-DEA-467917**, $3,014.00 U.S. Currency, Tyler, TX, Bradford, Leonard Ray, 05/08/06
**06-DEA-468538**, Walther P22 (.22 caliber) Semi-Automatic Handgun, Ser No L039691, VL: $258.00, Carrollton, TX, Gomez, Oscar, 05/03/06
**06-DEA-468755**, Marlin Model 60 SS .22 Caliber Rifle with Stainless Steel Barrel, Ser No 97670993, VL: $230.00, Carrollton, TX, Gomez, Oscar, 05/03/06
**SOUTHERN DISTRICT OF TEXAS**
**06-DEA-466208**, 1967 Shelby Mustang Super Snake G.T Eleanor 500E Race Car, 7R02C129808, McAllen, TX, Martinez, Javier, 04/12/06
**06-DEA-467829**, 2000 Kenworth Tractor, 1XKTD69X5YJ834294, Falfurrias, TX, Garcia, Armando, 05/04/06
**06-DEA-467837**, 1993 Utility Trailer, 1UYVS2484PU935764, Falfurrias, TX, Garcia, Armando, 05/04/06
**06-DEA-467871**, $71,317.00 U.S. Currency, Houston, TX, Tapia, Merino AKA Flores, Reno, 05/01/06
**06-DEA-467879**, 1991 Cottrell Trailer, 1C9AW1477MG148265, Santa, TX, Hernandez, Carlos, 05/12/06
**06-DEA-467932**, $107,950.00 U.S. Currency, Houston, TX, Castle, Loreal, 05/10/06
**06-DEA-468283**, $4,000.00, U.S. Currency, Houston, TX, Moghnieh, Rami, 05/23/06
**06-DEA-468311**, Miscellaneous Residential Amenities, VL: $895.05, (1) Roper Refrigerator; (1) RCA 20' Television with DVD; (1) 5 Piece Table/Chairs set; (1) Tray table, (8) Air Bed Matresses, (8) Cotton Blankets; (8) Pillows; (3) Towels; (2) Bounty Paper Towels; (1) Plastic Cu ps; (2) Cutlery; (1) Hefty Paper Plates; (1) Bag of Tissue Paper; (1) Sales Tax, Laredo, TX, Unidentified, 04/11/06
**WESTERN DISTRICT OF TEXAS**
**06-DEA-466724**, 2005 Nissan Maxima, 1N4BA41E55C858759, Laredo, TX, Ozuna, Maria L, 04/20/06
**06-DEA-467823**, $8,396.00 U.S. Currency, San Antonio, TX, Alamanza, Juan G., 05/12/06

(1) Basestand for Sou
Listed; (1) Pioneer 6
56TXi, Ser No DGMF
Model DV-47A, Ser N
26" LCD HDTV with
A503813666; (1) Defi
Speaker Model CLR2
Definitive Techology E
BP7002, Ser No ICO
Techology BiPolar Su
Ser No ICOA1104HA
Theater Power Cente
01040600368; (1) Spe
**06-DEA-467615**, 197
136801L106392, And
**06-DEA-467623**, 199
1FACP40E3LF20094
Dennis, 04/22/06
**06-DEA-467628**, 199
Trailer, Ser No 16HG
Shine, Nopenon Deni
**06-DEA-467612**, 199
1FTHX26H2PKA885
Peyton, 04/22/06
**06-DEA-468011**, 200
1FAFP42X91F12465
Peyton, 04/22/06
**MIDDLE DISTRICT O**
**06-DEA-467899**, $1,5
Johnson, Ronald Ma
**NORTHERN DISTRIC**
**06-DEA-467758**, $4,0
Cowart, Savaunta, 05
**06-DEA-467768**, $39
AL, Kelly, Joseph Ala
**SOUTHERN DISTRIC**
**06-DEA-467709**, 200
3GNEC13T12G2777
Marie, 05/09/06
**EASTERN DISTRICT**
**06-DEA-465113**, 200
Motorcycle with 350 E
Jonesboro, AR, Sowa
**DISTRICT OF ARIZO**
**06-DEA-466488**, $25
Wieczorek, John Jose
**06-DEA-467624**, 200
2B3HD46R71H68519
Marco Rodrigo, 05/04
**06-DEA-467700**, 200
1D7HA18D73J68043
Vargas AKA Molina, L
05/03/06
**CENTRAL DISTRICT**
**06-DEA-467856**, $17
CA, Cano, Juan Anto
**06-DEA-467989**, $2,4
CA, Castaneda, Hugo
**06-DEA-467982**, $20,
CA, Jones, Jamie Lee
**06-DEA-468001**, $39,
Romero, Robert, 05/1
**06-DEA-468161**, $9,0
CA, Hicks, Latrone, 0
**06-DEA-468171**, 200
JHMCG6692YC0201
04/19/06
**06-DEA-468180**, 200
3GYEK62N64G1837
04/19/06
**06-DEA-468200**, 2001
1FTRW07L61KC2666
Rios, 04/19/06
**06-DEA-468215**, 196
41867J201106, Long
**06-DEA-468234**, 200
2G1WW12E9192837
04/19/06
**06-DEA-468238**, 199
1G1BL52P1TR17305
Nunez, 04/19/06
**06-DEA-468242**, 200
3VWSC29MXYM150
Michael, 04/19/06
**06-DEA-468305**, 196
Norwalk, CA, Cabrera
**06-DEA-468308**, 196
31847A221034, Bellfl
04/19/06
**06-DEA-468370**, $12,
Unidentified, 05/16/06
**06-DEA-468376**, $8,0
Unidentified, 05/16/06
**EASTERN DISTRICT**
**06-DEA-467415**, 200
Motorcycle, JS1GW71
Erasmo AKA Silva, Dr
Quantanilla AKA Silva
Erasmo and Silva, Ch
**06-DEA-467507**, $3,1
Silva, Erasmo AKA Sil
Erasmo Quantanilla A
Quintanilla, Erasmo, 0
**06-DEA-467522**, 199
5CDFKB524XG0011
Edward AKA Buchholz
George AKA Buchholz
AKA Bucholz, George
**06-DEA-467561**, 200
1B9H828806B565050
Silva, Drasmo Quintan
AKA Silva-Quintanilla,
AKA Silva, Christophe
**06-DEA-467578**, $8,9
Ambriz, Bernardino Es

## ◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
# ATTENTION

l, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for HOs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618. and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations. Part 9. on Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with equest, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim. or other correspondence will be deemad filed when actually received by the DEA earing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

ency, /06 ency, Rutland. N ency, arvester 9, Appleton. ency, 6 ency, 6/06 ency, /06 ency, 3/30/06 ency, 6 ency, Oak ency, 1/06 ency, 05 ency, 3 ency, West ency, 5/07/06 IN ency, Eau awrysiak, rrency, Eau 6 RGINIA ency, 6 rrency, be. Hermosillo, iago, 05/19/05 324, Mercedes, ency, North /06 rrency, Los (A Araiza, rrency, Los 6 rrency, Los KA Araiza, 06 , CA, Maciel, Valdez, CA, Maciel, Valdez, urrency, Santa 06 rrency, Santa rency, Santa 3/06 irrency, Santa /23/06 Postal Service Nos. 729352; 323741; 323864; on, Lucien ; y Orders, VL: ey Orders, Ser 08-462954415; 03474359; 08- 06189; 06- 06188; 06- 88970; 06- 071373; 08- 89063; 08- 06198; 08- 89062; 08- 48469; (32) ; 48405114274; 731110; 308116; 384069; 770016, 199579; 487500; 027927; 921965, 428685; 428696, gs. Ian Robert, urrency, Los 17/06

06-DEA-468646, $3,830.00 U.S. Currency, Boca Raton, FL, American Medical Management Association, ET AL, 05/21/06
06-DEA-468680, $10,085.00 U.S. Currency, Boynton Beach, FL, Ferguson, Kelvin E., 05/22/06
06-DEA-468780, $3,324.00 U.S. Currency, Port St. Lucie, FL, Saturne, Mathe, 06/05/06
06-DEA-468835, Mossberg Model 500 ATP 12 Gauge Shotgun, Ser No H509570, VL: $1.00, Fort Lauderdale, FL, Ellis, Phillip, 05/18/06
06-DEA-468976, $1,527.00 U.S. Currency, Lauderhill, FL, American Medical Management Association, ET AL, 05/21/06

**MIDDLE DISTRICT OF GEORGIA**
06-DEA-468552, $20,000.00 U.S. Currency, Valdosta, GA, Moore, Tomarcus Delmarrio and Stewart, Edward Hutto, 05/22/06
06-DEA-468804, $11,506.00 U.S. Currency, Barnesville, GA, Hodges, Marcus and Hall, Codey Lamont and Ball, Khoury Terrell, 05/25/06

**NORTHERN DISTRICT OF GEORGIA**
05-DEA-453526, $498,178.00 U.S. Currency, Villa Rica, GA, Tuquer, Jorge A., 06/07/05
06-DEA-465035, 1989 Mazda B2600 Pickup, JM2UF6148K0806719, Duluth, GA, Godinez-Torres, Pedro and Bejarano, Pedro and Toledo, Faviola, 03/06/06
06-DEA-468044, $4,325.00 U.S. Currency, Monroe, GA, Ramey, Jason Durran AKA Johnson, Michael AKA Ramey, James Durran, 05/22/06
06-DEA-468450, 2002 Cadillac Escalade, 1GYEC63T92R319363, Lilburn, GA, Cabrera, Vicente Arzate AKA Ledezma, Victor Manuel Zaabedra, 05/24/06
06-DEA-468747, $21,372.00 U.S. Currency, Decatur, GA, McGowan, Rudolph Paul AKA McGowan, Paul Rudolph, 06/06/06
06-DEA-468797, $9,000.00 U.S. Currency, Atlanta, GA, Romero, Grandel Gonzalez and Torres, Javier Suazo, 06/06/06

**SOUTHERN DISTRICT OF GEORGIA**
06-DEA-468602, $3,975.00 U.S. Currency, Augusta, GA, Clark, Tremayne Devon, 05/26/06

**DISTRICT OF HAWAII**
06-DEA-468542, $8,084.00 U.S. Currency, Kailua-Kona, HI, Gaea, Albert Joseph, 05/14/06
06-DEA-468567, $5,650.00 U.S. Currency, Lahaina, HI, Fifita, Palu S., 05/01/06
[...] yellow gold diamond Byzantine chain 23" weighs 120.4 DWTS diamonds are Pave' set unable to count, (1) Ladies Stainless Rolex wrist watch Mother of Pearl Diamond Dial after market baguette bezel; (1) 10K white gold 23" in length Byzantine Chain weighing 28.9 DWTS with a lobster claw catch, Gretna, LA, Reed, Brian, 05/23/06
06-DEA-468767, 2005 Suzuki GSX1300R Hayabusa, JS1GW71A252109918, Slidell, LA, Williams, Andrew, 05/18/06
06-DEA-468773, 2005 Suzuki GSX-R1000 Motorcycle, JS1GT76A352106379, Slidell, LA, Smith, Nakosha, 05/18/06

**WESTERN DISTRICT OF LOUISIANA**
06-DEA-468557, $10,000.00 U.S. Currency, Alexandria, LA, Johnson, Theron, 05/23/06

**DISTRICT OF MARYLAND**
06-DEA-467869, 1998 Mercedes Benz SLK230, WDBKK47F0WF056013, Cockeysville, MD, Cavey, Joseph Charles, 05/16/06
06-DEA-467990, Remington .30 Caliber Rifle, Model 03-A3, Ser No 3960872, VL: $500.00, California, MD, Milburn, Joseph, 05/10/06
06-DEA-468043, $36,780.00 U.S. Currency, Baltimore, MD, Allen, Tyrone, 05/17/06
06-DEA-468045, $3,759.00 U.S. Currency, Baltimore, MD, Faulcon, Ronnie, 05/17/06
06-DEA-468046, $13,508.00 U.S. Currency, Owings Mills, MD, Allen, Tyrone, 05/17/06
06-DEA-468136, Sturm Ruger Semi-Automatic Handgun Model P90, Ser No 662-40040, VL: $245.00, Mechanicsville, MD, Butler, Corey Eugene, 05/10/06
06-DEA-468144, 2004 Mercedes Benz ML350, 4JGAB57E24A501514, Owings Mills, MD, Ratcliff, Nivea Eugena, 05/19/06
06-DEA-468195, Mossberg 12 Gauge Pump Action Shotgun, Ser No K440831, VL: $155.00, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468385, 1998 Dodge 1500 Ram, 3B7HC12Y2WG105081, Reisterstown, MD, Anderson Jr., Alfred Milton, 05/30/06
06-DEA-468416, $32,837.00 U.S. Currency, Glen Burnie, MD, Honeycutt, Derek, 05/24/06
06-DEA-468556, $4,141.00 U.S. Currency, Dundalk, MD, Balcerowicz, Bernard J., 05/11/06

**EASTERN DISTRICT OF MICHIGAN**
06-DEA-465375, 2000 Stoughton AVW535TSCAR Trailer, 1DW1A5328YS347212, Detroit, MI, Humphrey, Kimani Masses, 03/22/06
06-DEA-468130, (3) Fur Coats, VL: $9,000.00, (1) Natural Ranch Mink Bomber Style Jacket, Ser No; (1) Natural Blue Ins Mink Jacket, Ser No; (1) Man's Natural Ranch Mink Stroller, Ser No, Dearborn, MI, Jones, John Vincent AKA Cochran, John Jamar, 05/12/06
06-DEA-468153, $3,740.00 U.S. Currency, Romulus, MI, Hicks, Tyrease Lamarr, 05/17/06
06-DEA-468159, $15,373.00 U.S. Currency, Romulus, MI, Williams III, Alvin Lavergne AKA Williams III, Alvin Lavergne, 05/17/06
06-DEA-468196, Comerica Bank, Accounts #6816145707 and #6816145954, VL: $45,309.86, AKA Radilla, Jose Laurel, 06/01/06
06-DEA-468689, $301,860.00 U.S. Currency, Winston Salem, NC, Montanez Jr., Antonio, 06/01/06

**WESTERN DISTRICT OF NORTH CAROLINA**
06-DEA-468083, $38,802.00 U.S. Currency, Charlotte, NC, O'Quinn, Lamond Antonio, 05/09/06

**DISTRICT OF NEBRASKA**
06-DEA-467950, $12,600.00 U.S. Currency, Lincoln, NE, Finley, Robert, 05/09/06

**DISTRICT OF NEW JERSEY**
06-DEA-468487, 2001 Cadillac Deville, 1G6KF57961U280769, Paterson, NJ, Jacobs, Jeffrey AKA Rabom, 05/23/06
06-DEA-468800, $3,107.00 U.S. Currency, Paterson, NJ, Jacobs, Jeffrey AKA Rabom, 05/23/06

**EASTERN DISTRICT OF NEW YORK**
06-DEA-467991, $15,146.45 U.S. Currency, Brooklyn, NY, Sealy, Michael, 05/08/06
06-DEA-468030, $25,447.00 U.S. Currency, Brooklyn, NY, Beasley, Lamont, 05/01/06
06-DEA-468164, $8,000.00 U.S. Currency, Richmond Hill, NY, Murphy, Juan, 05/16/06

**NORTHERN DISTRICT OF NEW YORK**
06-DEA-467763, $3,339.00 U.S. Currency, Troy, NY, Milligan, William M., 05/02/06
06-DEA-468198, $3,750.00 U.S. Currency, Troy, NY, Lordson, Lafond, 05/17/06
06-DEA-468205, $3,019.00 U.S. Currency, Port Ewen, NY, Lee, Krista and Moye, Myron, 05/17/06

**SOUTHERN DISTRICT OF NEW YORK**
05-DEA-468202, $304,980.00 U.S. Currency, West Nyack, NY, Unidentified, 05/12/06
06-DEA-465040, $98,680.00 U.S. Currency, New York, NY, Gonzalez, Guadalupe Alonso, 03/14/06
06-DEA-467204, $55,208.00 U.S. Currency, New York, NY, Dagostino, Peter, 04/19/06
06-DEA-467475, $154,804.00 U.S. Currency, Bronx, NY, Gordon, Desmond, 04/21/06
06-DEA-467477, $3,330.00 U.S. Currency, Bronx, NY, Gordon, Desmond, 04/21/06
06-DEA-467530, $9,000.00 U.S. Currency, New York, NY, Lopez-Ortiz, Daniel, 04/28/06
06-DEA-467935, $139,010.00 U.S. Currency, West Nyack, NY, Arambula, David, 05/04/06
06-DEA-467957, $130,000.00 U.S. Currency, West Nyack, NY, Arambula, David, 05/04/06

**CENTRAL DISTRICT OF ILLINOIS** [partially obscured]
06-DEA-468585, 2002 Dodge Ram SLT Truck, 1D7HA18Z72S600732, Sallisaw, OK, Valdivia, Samuel and Valdivia, Rhonda, 05/02/06
06-DEA-468592, 2003 Ford F-350 King Ranch Lanat, 1FTWW32P63EC67896, Sallisaw, OK, Valdivia, Samuel and Valdivia, Rhonda, 05/02/06
06-DEA-468597, 2005 Chevrolet Avalanche C1500 LS, 3GNEC12Z65G129868, Sallisaw, OK, Valdivia, Tinisha, 05/02/06
06-DEA-468644, 2001 Hyundai Sonata GLS, KMHWF35V31A460291, Sallisaw, OK, Nelson, David Wayne and Nelson, Twyla Gay AKA Jimenez, Twyla V., 05/02/06
06-DEA-468716, Assorted Jewelry, VL: $59,151.00, (1) Ring, 14 karat gold with 23 diamonds; (1) 10 karat gold gentleman's ring with 12 princess cut diamonds; (1) Ring, 14 karat gold with 1 marquise diamond with baguette diamonds on side; (1) Ring, 10 karat gold with low grade diamonds; (1) Man's ring, 10 karat gold w/low grade stones; (1) Ring, 14 karat gold w/multi-colored stones & matching bracelet; (1) Ring, 10 karat gold w/with 13 small diamonds; (1) Ring, 14 karat gold w/1 carat diamond center and 24 round diamonds on side; (1) Ring, 14 karat gold w/round diamond cluster; (1) Ring, 18 karat gold w/princess cut solitaire diamond; with Zales diamond certificate. (1) Ring, 18 karat gold w/an approximate 4 karat diamond; (1) Ring, 14 karat gold with 5 round diamonds; (1) Ring, 14 karat gold with 14 fake stones; (1) Ring, 10 karat gold with fake stones; (1) Rolex Watch, Stainless Steel Date Just, Ser No 8454279; (1) Rolex Watch, President, 18 karat gold, diamond dial, Ser No P413826; (1) Rolex Watch, Submariner, Gold and silver., Ser No Y768981; (1) Ring, 14 karat white gold with diamonds; (1) Bracelet, 18 karat gold with diamonds; (1) Bracelet, 10 karat gold with promotional quality diamonds; (1) Bracelet, Sterling with synthetic pink and white stones; (1) Necklace, 14 karat gold with promotional diamonds in a "v" shape; (1) Necklace, 14 karat with small diamond pendant; (1) Necklace, 14 karat gold with 3 princess cut diamonds; (1) Bracelet, 10 karat gold and white gold; (1) Necklace, 14 karat gold with 7 round diamonds; (1) Necklace containing costume jewelry., Sallisaw, OK, Valdivia, Samuel and Valdivia, Rhonda, 05/02/06

**NORTHERN DISTRICT OF OKLAHOMA**
06-DEA-469000, $5,000.00 U.S. Currency, Tulsa, OK, Issah, Mohammed Sani, 05/10/06

**DISTRICT OF OREGON**
06-DEA-468718, $66,980.00 U.S. Currency, Portland, OR, Ring, Jacob Shane, 05/24/06

**EASTERN DISTRICT OF PENNSYLVANIA**
06-DEA-465167, $74,000.00 U.S. Currency, Philadelphia, PA, Hockenbraugh, Travis, 03/19/06
06-DEA-465829, $22,000.00 U.S. Currency, Philadelphia, PA, Arakelyan, Levon, 03/31/06
06-DEA-465831, $546.00 U.S. Currency, Philadelphia, PA, Arakelyan, Levon, 03/31/06

**MIDDLE DISTRICT OF PENNSYLVANIA**
06-DEA-468551, $182,720.00 U.S. Currency, Lancaster, PA, Cardenas-Borbon, Jaime, 05/27/06
06-DEA-468019, Mossberg 500 A 12-gauge shotgun, Ser No R698660, VL: $270.00, Richmond, VA, Witt, Rebecca and (Last Name Unknown), Preston, 05/04/06

**WESTERN DISTRICT OF VIRGINIA**
06-DEA-468191, BB&T Savings, Account #000041562671l, VL: $25,016.08, Big Stone Gap, VA, Hahn, Karen Slawsby, 05/15/06
06-DEA-468299, 2003 Chevrolet Avalanche, 3GNEK13T23G211820, Bassett, VA, Moore, Calvin Rayfield, 05/22/06
06-DEA-468593, Assorted Firearms, VL. $558.00, (1) Sturm Ruger .22 Caliber Pistol with Leather Holster, Ser No 65-20425; (1) Beretta Model U22 NEOS .22 Caliber Pistol with Simmons scope, Ser No P34364, Pulaski, VA, Alderman, James Chris, 05/04/06

**EASTERN DISTRICT OF WASHINGTON**
06-DEA-468787, $5,000.00 U.S. Currency, Kent, WA, Unidentified, 05/16/06

**WESTERN DISTRICT OF WASHINGTON**
06-DEA-468231, $34,150.00 U.S. Currency, Kent, WA, Bennum, Van Xuan, 05/19/00

**EASTERN DISTRICT OF WISCONSIN**
06-DEA-468296, 2000 Dodge Stratus SE, 1B3EJ46X1YN227566, Green Bay, WI, Watts, Jeffrey J., 05/15/06

**THIRD NOTICE**
**LAST DATE TO FILE AUGUST 17, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
06-DEA-467232, $11,940.00 U.S. Currency, Anchorage, AK, Sours, Mary Lou, 05/02/06
06-DEA-467566, 2006 Flatbed Aluminum Trailer, Ser No AK69509, Anchorage, AK, Shine, Nopenon Dennis, 05/01/06
06-DEA-467609, 1993 Ford Mustang LX Sport, 1FACP41E4PF165721, Anchorage, AK, Eltzer, Travis, 05/01/06
06-DEA-467896, 2006 Chevrolet Corvette, 1G1YY26U765118553, Fairbanks, AK, Johnson, Donnell AKA Wallace III, Johnnie Curtis, 04/29/06
06-DEA-467970, $8,284.00 U.S. Currency, Fairbanks, AK, Johnson, Donnell, 04/29/06

**NORTHERN DISTRICT OF ALABAMA**
06-DEA-468208, $11,987.00 U.S. Currency,

**EASTERN DISTRICT OF CALIFORNIA**
06-DEA-468632, $12,255.00 U.S. Currency, Sacramento, CA, DBA Trainwreck Cafe, Jenelle L. Daffron and Desiree R. Mott, 04/19/06
06-DEA-468639, $36,480.00 U.S. Currency, Sacramento, CA, DBA Trainwreck Cafe, Jenelle L. Daffron and Desiree R. Mott, 04/19/06
06-DEA-468683, $4,000.00 U.S. Currency, North Highlands, CA, Daffron, Jenelle Lynn, 04/19/06

**NORTHERN DISTRICT OF CALIFORNIA**
06-DEA-468528, $9,641.00 U.S. Currency, San Jose, CA, Vasquez, Hector Palomino, 05/05/06
06-DEA-468579, $43,029.00 U.S. Currency, San Jose, CA, Vasquez, Hector Palomino, 05/05/06
06-DEA-468776, 2005 Nissan Titan Pickup Truck, 1N6AA07A95N523590, Santa Rosa, CA, Williams, Wayne Douglas, 04/13/06

**SOUTHERN DISTRICT OF CALIFORNIA**
06-DEA-465532, $10,000.00 U.S, Currency, San, Diego, CA, Griggs, Nancy, 03/30/06
06-DEA-467727, 2005 Ford F-150 Truck, 1FTRF12245NA95358, San Diego, CA, Lua-Narez, Luis Miguel, 05/11/06
06-DEA-467745, $4,180.00 U.S. Currency, Oceanside, CA, Lopez, Panfilo, 05/11/06
06-DEA-467746, $4,251.00 U.S. Currency, San Diego, CA, Lua-Narez, Luis Miguel, 05/11/06
06-DEA-467747, $3,133.01 U.S. Currency, Oceanside, CA, Pacheco-Reyes, Maria, 05/11/06
06-DEA-467748, $2,250.00 U.S. Currency, San Diego, CA, Lua-Narez, Luis Miguel, 05/11/06
06-DEA-467807, $22,126.00 U.S. Currency, San Diego, CA, Aguirre, Marcos Antonio, 05/16/06
06-DEA-467893, $5,002.00 U.S. Currency, Chula Vista, CA, Garcia, Luis Remigio, 05/16/06
06-DEA-467894, $9,720.00 U.S. Currency, San Diego, CA, Garcia, Luis Remigio, 05/16/06
06-DEA-467938, $1,120.00 U.S. Currency, San Diego, CA, Delgado, Manuel, 05/18/06
06-DEA-467967, 2006 BMW 330i Sedan, WBAVB335X6KR73924, Chula Vista, CA, Corona III, Victor, 05/04/06
06-DEA-468048, 1999 Honda Prelude Coupe, JHMBB6246XC005264, Oceanside, CA, Lopez, Panfilo, 05/11/06
06-DEA-468052, $294,090.00 U.S. Currency, Alpine, CA, Caery, Gregory Bernard, 05/19/06
06-DEA-468102, 2002 Ford F-150 Truck, 1FTRW07642KB35179, Chula Vista, CA, Garcia, Luis Remigio, 05/16/06

**DISTRICT OF COLORADO**
06-DEA-468028, $38,537.71 U.S. Currency, Thornton, CO, Rios, Julio, 05/04/06
06-DEA-468031, $67,945.00 U.S. Currency, Thornton, CO, Vargas-Juardo, Felipe AKA Vargas, Felipe, 05/04/06
06-DEA-468035, Electronic Equipment, VL: $26,498.90, (1) Fujitsu 50 inch plasma television, Ser No N/A; (1) Pioneer Elite 50 inch plasma television, Ser No CKSS00166SUC; (1) Panasonic 22 inch Diagonal LCD, SN TC22LH1, Ser No UN4320546; (1) Panasonic 22 inch Diagonal LCD, SN TC22LH1, Ser No UN4240098, Thornton, CO, [...]
4.0 carats; (1) gentleman's 14K pink gold ring, 132 quadrillant cut diamonds, 7.2 carats; (1) 19.75" pink gold nceklace with73 circlets with 511 diamonds, 13 carats; (1) pink, yellow & white gold diamond tennis bracelet, 7 carats of colored diamonds; (1) 35" heavy solid 10K gold necklace; (1) 8" 10K bracelet matching; (1) shield-shaped pendant, 14K white gold with 3.80 carats of diamonds; (1) gentleman's bracelet, 14K white gold, 7.25 carats of diamonds; (1) 14K pink gold large heart pendant with chain, 1.20 carats of diamonds; (1) gentleman's wristwatch with leather band, Aqua Master, 6 carats of diamonds, Dallas, GA, Murray, Carlos A. and Taylor, Crystal, 04/21/06
06-DEA-468354, $1,482.00 U.S. Currency, Stockbridge, GA, House, Lamar Darnell and Barnes, Marcus Jerome and Perry, Jorden Ross, 05/04/06
06-DEA-468418, $1,030.00 U.S. Currency, Atlanta, GA, Beetles, Antonio, 05/30/06
06-DEA-468429, $82,099.00 U.S. Currency, Lilburn, GA, Cabrera, Vicente Arzate AKA Ledezma, Victor Manuel Zaabedra, 05/24/06
06-DEA-468452, $1,402.00 U.S. Currency, Atlanta, GA, Chatman, Christopher, 05/30/06
06-DEA-468547, $30,574.00 U.S. Currency, Decatur, GA, Bashir, Ali Karim and Ross, Cordell Jamell, 06/01/06
06-DEA-468548, $4,332.00 U.S. Currency, Atlanta, GA, Ellington, Manders, 06/01/06

**DISTRICT OF HAWAII**
06-DEA-468024, 2003 Lincoln Navigator, 5LMFU27R83LJ22955, Honolulu, HI, Daguro, Bobby Kalehua, 05/12/06
06-DEA-468151, 2001 Toyota Tacoma P/U Truck, 5TEWN72N01Z798434, Waianae, HI, Daguro, Bobby Kalehua, 05/19/06

**NORTHERN DISTRICT OF ILLINOIS**
06-DEA-468270, $2,370.00 U.S. Currency, Sterling, IL, Estrada, Salvador, 04/27/06

**EASTERN DISTRICT OF KENTUCKY**
06-DEA-467862, $2,109.00 U.S. Currency, Mt. Sterling, KY, Fraley, Dannie George, 04/28/06

**WESTERN DISTRICT OF KENTUCKY**
06-DEA-468006, Assorted Jewelry, VL: $30,000.00, (1) Gold & Diamond Men's Rolex Watch; (1) Silver & Diamond Franck Muller Men's Watch; (1) Silver & Diamond Aqua Master
#020289712б, VL: $23,290.95, Hunt Valley, MD, Wudtee III, Charles Rivela, 05/11/06
06-DEA-467931, $6,660.00 U.S. Currency, Baltimore, MD, Williams, Alfred Cornelius, 05/09/06
06-DEA-467995, Hi-Point Model JS45 .45 ACP semi-automatic handgun., Ser No 325243, VL: $80.00, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468020, $3,073.00 U.S. Currency, Baltimore, MD, Tucciarella, Matthew Aaron, 05/11/06
06-DEA-468041, $5,751.00 U.S. Currency, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468175, $444.00 U.S. Currency, Lusby, MD, Milburn, Joseph, 05/10/06
06-DEA-468289, $2,025.00 U.S. Currency, Ellicott City, MD, Woods, Christopher, 04/28/06

**EASTERN DISTRICT OF MICHIGAN**
03-DEA-424258, $5,000.00 U.S. Currency, Dearborn, MI, Peoples, Timothy, 07/28/03
06-DEA-467797, $34,000.00 U.S. Currency in Safe Deposit Box #502, F.T. Bank, Grand Blanc, MI, Sheaffer III, James Singleton and Sheaffer, Patricia M., 05/08/06
06-DEA-467915, $151,632.00 U.S. Currency, Clinton Township, MI, Hermiz, Martin AKA Hermiz, Martin Mawlood, 05/10/06
06-DEA-468037, $203,587.00 U.S. Currency, Detroit, MI, Simmons, Charlotte A. and Simmons, Roderick AKA Simmons, Reggie, 05/12/06
06-DEA-468062, Assorted Jewelry, VL: $55,230.00, (1) Man's 18kt White Gold Rolex 18239 Watch, Ser No W130419; (1) Man's 18kt Yellow Gold Breitling Chronometer Watch, Ser No K130550-1-2259; (1) Man's 18kt Yellow Gold Roger Dubuis Watch, Ser No N/A; (1) Man's 14kt Yellow Gold Square Top Channel Set Diamond Ring, Ser No N/A; (1) Man's 14kt Yellow Gold 5 Row Channel/Invisible Set Diamond Rectangular Ring, Ser No N/A; (1) Man's 14kt White Gold Contemporary 8 Row Square and Rectangular Diamond Ring, Ser No N/A, (1) Man's 14kt Yellow/White Gold 32" Fancy Round Ball and Link Neck Chain, Ser No N/A; (1) Man's 14kt White Gold 37" Boston Link Neck Chain, Ser No N/A; (1) Man's 14kt Yellow Gold Square and Rectangular Link Diamond Bracelet, Ser No N/A; (1) Man's 14kt White Gold Rectangular Braided Diamond Link Bracelet, Ser No N/A; (1) Breitling Watch Parts, Ser No N/A, Detroit, MI, Simmons, Charlotte A. and Simmons, Roderick AKA Simmons, Reggie, 05/12/06
06-DEA-468162, 2000 Peterbilt 379 Tractor 6X4, 1XP5DU9X2YD538137, Monroe, MI, Exnicious, Devin Neal, 05/13/06
06-DEA-468174, 1993 Stoughton Semi-Trailer, 1DW1A5324PS862609, Monroe, MI, Exnicious, Devin Neal, 05/13/06

**EASTERN DISTRICT OF MISSOURI**
06-DEA-460280, 2006 Encore Sports Coach Model 40TS Recreational Vehicle, 4UZAB2DCX5CV38043, Florissant, MO, Flenory, Terry, 10/27/05
06-DEA-465334, $204,990.00 U.S. Currency, [...]
Elmhurst, NY, Montoya, Elkin A., 04/19/06
06-DEA-467985, $40,000.00 U.S. Currency, Queens, NY, Rosario-Arias, Ruben AKA Rivera, Ruben AKA Rivera, Rubin AKA Moreno, Ruben AKA Rosario, Luis AKA Castro, Reuben, 05/03/06
06-DEA-468064, 2002 Silver BMW X5, 5UXFA53502LP37128, Brooklyn, NY, Vasquez, Hery, 04/25/06

**NORTHERN DISTRICT OF NEW YORK**
06-DEA-467959, $4,227.00 U.S. Currency, Ithaca, NY, Cross, William E., 05/03/06

**SOUTHERN DISTRICT OF NEW YORK**
06-DEA-466137, $25,500.00 U.S. Currency, New York, NY, Unidentified, 03/31/06
06-DEA-466628, $14,400.00 U.S. Currency, New York, NY, Unidentified, 03/31/06
06-DEA-467543, $2,061.00 U.S. Currency, New York, NY, Lopez-Ortiz, Daniel, 04/28/06
06-DEA-467576, $28,200.00 U.S. Currency, Bronx, NY, Muniz, Heriberto, 04/19/06
06-DEA-467952, $2,500.00 U.S Currency, New York, NY, Rosario, Yohansi, 05/04/06
06-DEA-467954, $5,022.00 U.S. Currency, New York, NY, Jones, Germade, 05/08/06

**WESTERN DISTRICT OF NEW YORK**
06-DEA-466946, $2,879.00 U.S. Currency, Amherst, NY, Dimanno, Matthew A., 04/25/06
06-DEA-467355, $69,410.00 U.S. Currency, Rochester, NY, Ariosa, Alfredo, 04/20/06
06-DEA-467356, $47,723.00 U.S. Currency, Rochester, NY, Ariosa, Alfredo, 04/20/06
06-DEA-467707, $13,485.00 U.S. Currency, Buffalo, NY, Coleman, Leeland, 05/04/06
06-DEA-467710, $30,010.00 U.S. Currency, Buffalo, NY, Battaglia, Frank, 05/04/06
06-DEA-467712, $3,096.00 U.S. Currency, Buffalo, NY, Beavers, Phillip and Russell, Colleen, 05/04/06
06-DEA-467714, $1,286.00 U.S. Currency, Buffalo, NY, Burruss, Jason, 05/04/06
06-DEA-467760, $13, 545.00 U.S. Currency, Rochester, NY, Hardmon, Latoya, 05/09/06
06-DEA-467947, $10,900.00 U.S. Currency, Rochester, NY, Strickland, Lydell, 04/27/06

**NORTHERN DISTRICT OF OHIO**
06-DEA-467987, $4,033.00 U.S. Currency, Youngstown, OH, Gordon, Ronald G., 05/16/06
06-DEA-468137, Glock 23 .40 Caliber Semi-automatic Handgun with Magazines and
[...], Palfurrias, TX, Garcia, Armando, 05/04/06
06-DEA-467871, $71,317.00 U.S. Currency, Houston, TX, Tapia, Marino AKA Flores, Reno, 05/01/06
06-DEA-467879, 1991 Cottrell Trailer, 1C9AW1477MG148265, Sarita, TX, Hernandez, Carlos, 05/12/06
06-DEA-467932, $107,950.00 U.S. Currency, Houston, TX, Castle, Loreal, 05/10/06
06-DEA-468283, $4,000.00, U.S. Currency, Houston, TX, Moghnieh, Rami, 05/23/06
06-DEA-468311, Miscellaneous Residential Amenities, VL: $895.05, (1) Roper Refrigerator; (1) RCA 20' Television with DVD; (1) 5 Piece Table/Chairs set; (1) Tray table; (8) Air Bed Matresses; (8) Cotton Blankets; (8) Pillows; (3) Towels; (2) Bounty Paper Towels; (1) Plastic Cu ps; (2) Cutlery; (1) Hefty Paper Plates; (1) Bag of Tissue Paper; (1) Sales Tax, Laredo, TX, Unidentified, 04/11/06

**WESTERN DISTRICT OF TEXAS**
06-DEA-466724, 2005 Nissan Maxima, 1N4BA41E55C858759, Laredo, TX, Ozuna, Maria L, 04/20/06
06-DEA-467823, $8,396.00 U.S. Currency, San Antonio, TX, Alamanza, Juan G, 05/12/06
06-DEA-467835, 1999 Chevrolet Silverado C1500 Truck, 2GCEC19T2X1290286, San Antonio, TX, Mejia, Armando, 05/12/06

**EASTERN DISTRICT OF VIRGINIA**
06-DEA-465873, $1,000.00 U.S. Currency, Richmond, VA, Anderson, Donald Eugene, 03/22/06
06-DEA-468010, Glock 22 .40 caliber semi-automatic handgun, Ser No FHC 155, VL: $495.00, Richmond, VA, Izzie, Rudolph John Ray, 05/04/06
06-DEA-468485, $6,690.00 U.S. Currency, Suffolk, VA, Miller, Barrett Leon, 05/03/06

**WESTERN DISTRICT OF VIRGINIA**
06-DEA-467637, $25,010.00 U.S. Currency, Bassett, VA, Vargas-Martinez, Roberto Carlos A, 05/04/06
06-DEA-468172, 1999 Mercury Sable GS, 1MEFM50U0XA641490, Roanoke, VA, Law, Robert Carsteal, 05/03/06

**EASTERN DISTRICT OF WASHINGTON**
06-DEA-467783, Lorcin L-380 .380 semi-automatic Pistol with Magazine, Ser No 163404, VL: $85.00, Spokane, WA, Unidentified, 05/05/06

**WESTERN DISTRICT OF WASHINGTON**
06-DEA-467487, Assorted Canvas Paintings, VL: $15,325.00, (1) "Sharing Moments" #62 by Pinot, (1) "Love" #AP29 by Pinot; (1) "Into the Night" #AP64 by Pinot; (1) "Morning Breeze" #AP3 by Pinot; (1) "A Time to Remember" #19 by Pinot; (1) "Champagne of Kings" #4 by Stiltz, Auburn, WA, Rhodes, Andrew, 05/03/06
06-DEA-467488, Assorted Electronic Equipment, VL: $16,150.00, (1) Sony XBR Grand WEGA 70" LCD Rear Projection HDTV Model KDF-70XBR850, Ser No 9114956; (1) Basestand for Sony 70" LCD HDTV, Ser No None Listed; (1) Pioneer 6.1 Channel THX Receiver Model VSX-