**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 0100 0002 1443 9322

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 06-DEA-468528
Hector Palomino Vasquez, Prisoner ID No.
CDC# F29468
Chuckawalla State Prison
PO Box 2349
Blythe, CA 92226

06-468528-004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]      ☐ Agent  ☐ Addressee

B. Received by (Printed Name): D.R. Perez
C. Date of Delivery: 08/29/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

RC

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0002 1443 9322

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT 7