MC-200

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Claimant Hector Palomino Vasquez F-29468<br>Chuckawalla Valley State Prison<br>Post Office Box 2349 Blythe, California 92226<br>TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):    FAX NO. (Optional):<br>ATTORNEY FOR (Name): Claimant In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Jose
STREET ADDRESS: 280 South First Street, Suite No. 2112
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Jose California 95113-3008
BRANCH NAME: Northern District of California

THE PEOPLE OF THE STATE OF CALIFORNIA

CLAIMED PROPERTY:
U.S. Currency Monies $9,641.00

CLAIMANT (NAME):
Hector Palomino Vasquez

CLAIM OPPOSING FORFEITURE (Health & Saf. Code, § 11488.5)
☐ In response to a judicial petition for forfeiture (use existing case No.)
☒ In response to notice of administrative proceedings

CASE NUMBER:
RC-06-0029

1. Claimant (name): Hector Palomino Vasquez
   is an ☒ individual ☐ corporation ☐ other (specify):

2. Claimed property (describe):
   U.S. Currency Monies $9,641.00

3. Value of claim is ☐ $5,000 or less ☒ $5,001 or more (Health & Saf. Code, § 11488.5(a)(3).)

RECEIVED ASSET FORFEITURE SECTION 2006 SEP 11 AM 11:29

| NOTICE | AVISO |
|---|---|
| 1. You must file your claim within 30 days after you receive personal or mailed notice that your property may be forfeited. If you do not receive personal or mailed notice, you must file your claim within 30 days after notice is first published in a newspaper. | 1. Usted debe presentar su demanda dentro de los 30 días siguientes a la fecha en que recibe, personalmente o por correo, el aviso de que sus bienes pueden ser confiscados. Si no recibe dicho aviso, deberá presentar su reclamo dentro de los 30 días siguientes a la fecha en que el aviso está publicado por vez primera en un periódico. |
| 2. Your claim must be filed in the county where the property was seized. If the property was not seized, file your claim in the county where the property is located. If you have received a notice, you can find the address of the court on that notice. | 2. Su demanda debe presentarse en el condado donde fueron confiscados los bienes. Si los bienes no han sido confiscados, presente su demanda en el condado donde están ubicados los bienes. Si ha recibido el aviso, busque la dirección de la corte en el aviso. |
| 3. Within 30 days after filing your claim, serve a copy on the District Attorney or Attorney General. The copy must have the court clerk's filing stamp on it. | 3. Dentro de los 30 días siguientes a la fecha en que presentó su demanda, envíe una copia de la notificación judicial a la oficina del Fiscal (District Attorney) o del Procurador General (Attorney General). La copia debe llevar el sello del actuario de la corte encargado de recibir las demandas. |
| **This notice is urgent. If you do not understand it, you must seek help.** | *Esta notificación es urgente. Si usted no la entiende, debe pedir ayuda.* |

Form Approved for Optional Use
Judicial Council of California
MC-200 [Rev. January 1, 2002]

CLAIM OPPOSING FORFEITURE

EXHIBIT 9

CLAIMANT (Name): Hector Palomino Vasquez

CLAIMED PROPERTY: U.S. Currency Monies $9,641.00

CASE NUMBER: RC-06-0029

4. Claimant has an interest in the claimed property. Claimant
   a. ☒ is the owner. For vehicles (cars, boats, planes, etc.) only: ☐ registered owner ☒ legal owner
   b. ☐ has a security interest or is a lien holder ☒ has a right to possess.
   c. ☐ is the personal representative of the estate of the owner, lessee, or secured party.
   d. ☒ other (specify): Claimant is the rightful owner of any/all monies illegally seized on May 05, 2006, in the amount of $9,641.00

5. Claimant's interest in the right to or value of the claimed property is
   a. ☒ all ☐ part (specify nature, amount, or percentage): Claimant's interest in property is 100%
   b. ☐ unknown.

6. Claimant requests
   a. ☒ that the claimed property not be ordered forfeited.
   b. ☒ that claimant's interest in the claimed property not be ordered forfeited.
   c. ☐ costs of suit.
   d. ☒ other (specify): File Motion Claim Opposing forfeiture and Respectfully request "Hearing date" and "Telephonic Hearing" regarding claim

   2006 SEP 11 AM 11:29 RECEIVED ASSET FORFEITURE SECTION

7. ☒ Number of pages attached: One

Date: August 31, 2006

Hector Palomino Vasquez
(TYPE OR PRINT NAME)

▶ Hector Vasquez
(SIGNATURE OF CLAIMANT)

## VERIFICATION

I am the claimant in this proceeding and have read this claim. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 31, 2006

▶ Hector Vasquez
(SIGNATURE OF CLAIMANT)



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Hector Palomino Vasquez, Prisoner ID No. CDC#
F29468
Chuckawalla State Prison
PO Box 2349
Blythe, CA 92226

| | |
|---|---|
| Asset Id: | 06-DEA-468528 |
| Case Number: | RC-06-0029 |
| Property: | $9,641.00 U. S. Currency |
| Serial Number: | E299665 |
| Asset Value: | $9,641.00 |
| Seizure Date: | 05/05/2006 |
| Seizure Place: | San Jose, CA |
| Owner Name: | Vasquez, Hector Palomino |
| Seized From: | Vasquez, Hector Palomino |
| Judicial District: | Northern District of California |

NOTICE MAILING DATE: August 24, 2006

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **September 28, 2006**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

RECEIVED 2006 SEP 11 AM 11:29 ASSET FORFEITURE SECTION

MC-200

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
Claimant, Hector Palomino Vasquez F-29468
Chuckawalla Valley State Prison
Post Office Box 2349  Blythe, California 92226
TELEPHONE NO.:   FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Claimant In Proper

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Jose
STREET ADDRESS: 280 South First Street, Suite No. 2112
MAILING ADDRESS: same
CITY AND ZIP CODE: San Jose, California 95113-3008
BRANCH NAME: Northern District of California

FOR COURT USE ONLY

### THE PEOPLE OF THE STATE OF CALIFORNIA

CLAIMANT *(Name):* U.S. Currency Monies $43,029.00

CLAIMED PROPERTY: Hector Palomino Vasquez

**CLAIM OPPOSING FORFEITURE** (Health & Saf. Code, § 11488.5)
☐ In response to a judicial petition for forfeiture *(use existing case No.)*
☒ In response to notice of administrative proceedings

CASE NUMBER: RC-06-0029

1. Claimant *(name):* Hector Palomino Vasquez
   is an ☒ individual ☐ corporation ☐ other *(specify):*

2. Claimed property *(describe):*
   U.S. Currency Monies $43,029.00

*[Stamp: 2006 SEP 11 AM 11:29 RECEIVED ASSET FORFEITURE SECTION]*

3. Value of claim is ☐ $5,000 or less  ☒ $5,001 or more   (Health & Saf. Code, § 11488.5(a)(3).)

| NOTICE | AVISO |
|---|---|
| 1. You must file your claim within 30 days after you receive personal or mailed notice that your property may be forfeited. If you do not receive personal or mailed notice, you must file your claim within 30 days after notice is first published in a newspaper. | 1. Usted debe presentar su demanda dentro de los 30 días siguientes a la fecha en que recibe, personalmente o por correo, el aviso de que sus bienes pueden ser confiscados. Si no recibe dicho aviso, deberá presentar su reclamo dentro de los 30 días siguientes a la fecha en que el aviso está publicado por vez primera en un periódico. |
| 2. Your claim must be filed in the county where the property was seized. If the property was not seized, file your claim in the county where the property is located. If you have received a notice, you can find the address of the court on that notice. | 2. Su demanda debe presentarse en el condado donde fueron confiscados los bienes. Si los bienes no han sido confiscados, presente su demanda en el condado donde están ubicados los bienes. Si ha recibido el aviso, busque la dirección de la corte en el aviso. |
| 3. Within 30 days after filing your claim, serve a copy on the District Attorney or Attorney General. The copy must have the court clerk's filing stamp on it. | 3. Dentro de los 30 días siguientes a la fecha en que presentó su demanda, envíe una copia de la notificación judicial a la oficina del Fiscal (District Attorney) o del Procurador General (Attorney General). La copia debe llevar el sello del actuario de la corte encargado de recibir las demandas. |
| **This notice is urgent. If you do not understand it, you must seek help.** | *Esta notificación es urgente. Si usted no la entiende, debe pedir ayuda.* |

Form Approved for Optional Use
Judicial Council of California
MC-200 [Rev. January 1, 2002]

THOMSON
WEST

**CLAIM OPPOSING FORFEITURE**

Page 1 of 2
Health and Safety Code, § 11488.5

| CLAIMANT (Name): Hector Palomino Vasquez | CASE NUMBER: |
|---|---|
| CLAIMED PROPERTY: U.S. Currency Monies $43,029.00 | RC-06-0029 |

4. Claimant has an interest in the claimed property. Claimant
   a. ☒ is the owner. *For vehicles (cars, boats, planes, etc.) only:* ☐ registered owner ☒ legal owner
   b. ☐ has a security interest or is a lien holder ☒ has a right to possess.
   c. ☐ is the personal representative of the estate of the owner, lessee, or secured party.
   d. ☒ other *(specify)*:
   
   Claimant is the rightful owner of any/all monies illegally seized on May 05, 2006, in the Amount of $43,029.00

5. Claimant's interest in the right to or value of the claimed property is
   a. ☒ all ☐ part *(specify nature, amount, or percentage)*:
   
   Claimant's interest in property is 100%
   
   b. ☐ unknown.

6. Claimant requests
   a. ☒ that the claimed property not be ordered forfeited.
   b. ☒ that claimant's interest in the claimed property not be ordered forfeited.
   c. ☐ costs of suit.
   d. ☐ other *(specify)*:
   
   File Motion Claim opposing forfeiture and Respectfully request "Hearing Date" and "Telephonic Hearing" regarding claim

   *RECEIVED ASSET FORFEITURE SECTION 2006 SEP 11 AM 11:29*

7. ☒ Number of pages attached: one

Date: August 31, 2006

Hector Palomino Vasquez                    ▶ Hector Vasquez
(TYPE OR PRINT NAME)                         (SIGNATURE OF CLAIMANT)

**VERIFICATION**

I am the claimant in this proceeding and have read this claim. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 31, 2006                      ▶ Hector Vasquez
                                             (SIGNATURE OF CLAIMANT)

MC-200 [Rev. January 1, 2002]    **CLAIM OPPOSING FORFEITURE**    Page 2 of 2



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Hector Palomino Vasquez, Prisoner ID No. CDC#
F29468
Chuckawalla State Prison
P.O. Box 2349
Blythe, CA 92226

| | |
|---|---|
| Asset Id: | 06-DEA-468579 |
| Case Number: | RC-06-0029 |
| Property: | $43,029.00 U.S. Currency |
| Serial Number: | E299668 |
| Asset Value: | $43,029.00 |
| Seizure Date: | 05/05/2006 |
| Seizure Place: | San Jose, CA |
| Owner Name: | Vasquez, Hector Palomino |
| Seized From: | Vasquez, Hector Palomino |
| Judicial District: | Northern District of California |

NOTICE MAILING DATE: August 24, 2006

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **September 28, 2006**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

RECEIVED ASSET FORFEITURE SECTION 2006 SEP 11 AM 11:29



Mr. Hector Vasquez F-29468
Chuckawalla Valley State Prison
Facility B5/114M
Post Office Box 2349
Blythe, California 92226

LEGAL MAIL

X-Rayed
SEP 0 8 2006
DEA/Quantico

Forfeiture Counsel, Asset Forfeiture Section
Office of Operations Management
Drug Enforcement Administration
HQS Forfeiture Response
Post Office Box 1475
Quantico, Virginia 22134-1475

Legal Mail