To: Forfeiture Counsel Counsel, Asset Forfeiture
OMA, Drug Enforcement Administration
Forfeiture Response
Post Office Box 1475
Quantico, Virginia 22134-1475

From: Claimant, Hector Vasquez F-29468
Chuckawalla Valley State Prison
(current Address) Facility B5/114M
Post Office Box 2349
Blythe, California 92226

In RE: Asset ID Number: 06-DEA-468528
                       06-DEA-468579

Case Number: RC-06-0029

Property Description: $9,641.00 U.S. Currency
                     $43,027.00 U.S. Currency

Dear Drug Enforcement Administration:

I, the claimant am currently writing from Chuckawalla Valley State Prison in Blythe, California in the County of Riverside. I am writing to inform your office and the judicial district court of my 2004 and 2005 Federal Income Sta[tements]

EXHIBIT 13

1  tax (Form W-2 Wage and Tax Statement).
2  As you will find enclosed is the Gross
3  total amount earned from working
4  is as follows:
5
6
7  Federal Income Taxable - $1164.64 (2004)
8  Federal Income Taxable - $29228.72 (2005)
9  Federal Income Taxable - $10265.64 (2006)
10 (period 03/18/06 to 03/31/06)
11
12 Federal Income Taxable - $12840.52 (2006)
13 (period 04/22/06 to 05/05/06)
14
15 Total Taxable income earned $53,499.52
16
17 I, the claimant did physically and
18 legally worked and earned this monies
19 from:
20
21     E S R Construction Inc.
22     747 North 10th Street
23     San Jose, California 95112
24
25
26 I, am legally and lawfully opposing
27 any/all forfeiture of my property
28 that was legally earned and illegally

RECEIVED
2006 OCT 31 PM 3:00
ASSET FORFEITURE SECTION

confiscated in Case Number RC-06-0029. Your legal acKnowledgement of my 2004, 2005, and 2006, Federal Income State Tax W-2 Wage and Tax forms is greatly appreciated. Your hard work, time, effort, and concern in returning my alleged forfeitured property to me the rightful owner is being requested and warranted. A return legal response is warranted!

Respectfully Submitted,

*Hector Vasquez* (signature)

Hector Vasquez, the property rightful owner in request

RECEIVED
ASSET FORFEITURE SECTION
2006 OCT 11 PM 3:32



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management

---

*www.dea.gov*                         September 11, 2006

Hector Palomino Vasquez, Prisoner ID No. CDC# F-29468
Chuckawalla Valley State Prison
Facility B5/114M
P.O. Box 2349
Blythe, CA 92226

| ASSET ID NUMBER | CASE NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| 06-DEA-468528 | RC-06-0029 | $9,641.00 U.S. Currency |
| 06-DEA-468579 |  | $43,029.00 U.S. Currency |
| **JUDICIAL DISTRICT:** |  | Northern District of California |

Dear Claimant:

The Drug Enforcement Administration (DEA) has received your claim and/or petition regarding the above-referenced asset. The following information is provided:

__XX__  Your claim has been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____  Your claim and petition have been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____  Your petition, which was previously acknowledged, is now being handled by the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____  Your claim for the above referenced property is being **returned** because it was received in this office after the last date to file, which was _____.

-2-

____ Petitions for Remission and/or Mitigation of forfeiture may be filed until the date the property is disposed of according to law. Since you submitted a petition along with your claim, this office will administratively rule on your petition. It is anticipated that this process will take a minimum of **120 days** before a decision can be rendered on the merits of the petition. Please be assured that all petitions are handled on a **"first-in, first-out"** basis.

____ Although you did **not** file a Petition for Remission and/or Mitigation along with your claim, as a matter of discretion, we will allow you **twenty (20) days** from the date of receipt of this letter to file a petition for an administrative ruling by this office before the property is disposed of according to law. Please note that your petition must be sworn to under penalty of perjury. For your ready reference, the acceptable language required by statute is as follows:

> "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date) (Signature)".

Please ensure that **all documents and correspondence regarding this matter reference the DEA asset identifier and case numbers noted above** and, unless otherwise directed, be addressed to the Forfeiture Counsel, Asset Forfeiture Section, OMA, Drug Enforcement Administration, HQ's Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, OMA, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.

Sincerely,

[signature]

Asset Forfeiture Section, OMA
Office of Operations Management

RECEIVED ASSET FORFEITURE SECTION
2006 OCT 11 PM 3: 02

CLAIM.ACKNOWLEDGE.LETTER (SEPT. 04)            BY: **PB**  AD CODE #: **877**

## Notice to Employee

**Refund.** Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld or if you can take the earned income credit.

**Earned income credit (EIC).** You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 2004 if: (a) you do not have a qualifying child and you earned less than $11,490 ($12,490 if married filing jointly), (b) you have one qualifying child and you earned less than $30,338 ($31,338 if married filing jointly), or (c) you have more than one qualifying child and you earned less than $34,458 ($35,458 if married, filing jointly). You and any qualifying children must have valid social security numbers (SSNs). You cannot claim the EIC if your investment income is more than $2,650. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,563 of the EIC in advance by completing Form W-5, Earned Income Credit Advance Payment Certificate, and giving it to your employer.

**Clergy and religious workers.** If you are not subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct copies B, C and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. If your name and SSN are correct, but are not the same as shown on your social security card, you should ask for a new card at any SSA office or call 1-800-772-1213.

**Credit for excess taxes.** If you had more than one employer in 2004 and more than $5,449.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your Federal income tax. If you had more than one railroad employer and more than $3,189.94 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 or Form 1040A instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions**

Box 1. Enter this amount on the wages line of your tax return.
Box 2. Enter this amount on the Federal income tax withheld line of your tax return.
Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.
Box 9. Enter this amount on the advance earned income credit payment line of your Form 1040 or Form 1040A.
Box 10. This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. You must complete Schedule 2 (Form 1040A) or Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.
Box 11. This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount.
Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, G, H, and S) under all plans are generally limited to $13,000 ($16,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). However, if you were at least age 50 in 2004, your employer may have allowed an additional deferral of up to $3,000 ($1,500 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last three years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the "Wages, Salaries, Tips, etc." line instructions for Form 1040.

Note: If a year follows code D, E, F, G, H or S, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips (include this tax on Form 1040. See "Total Tax" in the Form 1040 instructions.)
B—Uncollected Medicare tax on tips (include this tax on Form 1040. See "Total Tax" in the Form 1040 instructions.)
C—Cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see "Adjusted Gross Income" in the Form 1040 instructions for how to deduct)
J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments (see "Total Tax" in the Form 1040 instructions)
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only) (see "Total Tax" in the Form 1040 instructions)
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only) (see "Total Tax" in the Form 1040 instructions)
P—Excludable moving expense reimbursements paid directly to the employee (not included in boxes 1, 3, or 5)
R—Employer contributions to your Archer MSA (see Form 8853, Archer MSAs and Long-Term Care Insurance Contracts)
S—Employee salary reduction contributions under a section 408(p) SIMPLE (not included in box 1)
T—Adoption benefits (not included in box 1). You must complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5)
W—Employer contributions to your Health Savings Account. (See new Form 8889, Health Savings Accounts.)

Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions that you may deduct.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. Review the information shown on your annual (for workers over 25) Social Security Statement.

---

**Form W-2 Wage and Tax Statement**    2004    **Copy C, for employees records**

| a Control number 0086-F880 000023-000200 | Void | c Employer's name, address, and ZIP code<br>E S R CONSTRUCTION INC<br>747 N 10TH ST<br>SAN JOSE CA 95112 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 04-3622232 | d Employee's social security number 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 | | 1 Wages, tips, other compensation<br>1164.64 | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages<br>1164.64 | 4 Social Security tax withheld<br>72.20 |
| 12 See instrs for Box 12 | 14 Other CASDI 13.75 | e Employee's name, address, and ZIP code<br>HECTOR P VASQUEZ<br>1999 PANAMA AVE<br>SAN JOSE CA 95122 | 5 Medicare wages and tips<br>1164.64 | 6 Medicare tax withheld<br>16.89 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | 11 Nonqualified plans | |
| 15 State CA | Employer's state I.D. No. 483-5701-6 | 16 State wages, tips, etc. 1164.64 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

**Form W-2 Wage and Tax Statement**    2004    **Copy B, to be filed with employees FEDERAL tax return**

| a Control number 0086-F880 000023-000200 | Void | c Employer's name, address, and ZIP code<br>E S R CONSTRUCTION INC<br>747 N 10TH ST<br>SAN JOSE CA 95112 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 04-3622232 | d Employee's social security number 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 | | 1 Wages, tips, other compensation<br>1164.64 | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages<br>1164.64 | 4 Social Security tax withheld<br>72.20 |
| 12 See instrs for Box 12 | 14 Other CASDI 13.75 | e Employee's name, address, and ZIP code<br>HECTOR P VASQUEZ<br>1999 PANAMA AVE<br>SAN JOSE CA 95122 | 5 Medicare wages and tips<br>1164.64 | 6 Medicare tax withheld<br>16.89 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | 11 Nonqualified plans | |
| 15 State CA | Employer's state I.D. No. 483-5701-6 | 16 State wages, tips, etc. 1164.64 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

RECEIVED 2006 OCT 1 PM 3:32 ASSET FORFEITURE SECTION

---

**Form W-2 Wage and Tax Statement**    2004    **Copy 2, to be filed with employees tax return for CA**

| a Control number 0086-F880 000023-000200 | Void | c Employer's name, address, and ZIP code<br>E S R CONSTRUCTION INC<br>747 N 10TH ST<br>SAN JOSE CA 95112 | Department of the Treasury - Internal Revenue Service<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer's identification number 04-3622232 | d Employee's social security number 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 | | 1 Wages, tips, other compensation<br>1164.64 | 2 Federal income tax withheld |
| 13 Statutory Employee | Retirement plan | Third-party sick pay | 3 Social Security wages<br>1164.64 | 4 Social Security tax withheld<br>72.20 |
| 12 See instrs for Box 12 | 14 Other CASDI 13.75 | e Employee's name, address, and ZIP code<br>HECTOR P VASQUEZ<br>1999 PANAMA AVE<br>SAN JOSE CA 95122 | 5 Medicare wages and tips<br>1164.64 | 6 Medicare tax withheld<br>16.89 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | 11 Nonqualified plans | |
| 15 State CA | Employer's state I.D. No. 483-5701-6 | 16 State wages, tips, etc. 1164.64 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |



| Form W-2 Wage and Tax Statement 2005 | | | EMPLOYER REFERENCE COPY - DO NOT FILE | | |
|---|---|---|---|---|---|
| a Control number 0086-F880 | 000023-000200 Void | c Employer's name, address, and ZIP code E S R CONSTRUCTION INC 747 N 10TH ST SAN JOSE CA 95112 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | | |
| b Employer's identification number 04-3622292 | d Employee's social security number 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 | | 1 Wages, tips, other compensation 29228.72 | 2 Federal income tax withheld 1868.99 | |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 3 Social security wages 29228.72 | 4 Social security tax withheld 1812.16 | |
| 12 See instrs. for Box 12 | 14 Other CASDI  315.65 | e Employee's name, address, and ZIP code HECTOR P VASQUEZ 1999 PANAMA AVE SAN JOSE CA 95122 | 5 Medicare wages and tips 29228.72 | 6 Medicare tax withheld 423.82 | |
| | | | 7 Social security tips | 8 Allocated tips | |
| | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| | | | 11 Nonqualified plans | | |
| 15 State CA | Employer's state ID No. 489-5701-6 | 16 State wages, tips, etc. 29228.72 | 17 State income tax 407.65 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

FOLD AND REMOVE                                                                                                  FOLD AND REMOVE

**OUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| OVERTIME | 4.00 | 16.940 | 67.76 | |
| TOTAL EARNINGS | | | 67.76 | 10265.64 |

**EMPLOYER INFORMATION**
E S R CONSTRUCTION INC
747 N 10TH ST
SAN JOSE, CA  95112-3114

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 4.20 | 636.46 |
| | MEDICARE | .98 | 148.86 |
| M 03 | FEDERAL | 0.00 | 657.24 |
| M 03 | CA | 0.00 | 102.14 |
| | DBL | .54 | 82.13 |

PAY PERIOD 03/18/06 TO 03/31/06
CHECK DATE 04/07/06   CHECK # 8249100930

| | TOTAL WITHHOLDINGS | 5.72 | 1626.83 |

**PERSONAL INFORMATION**
HECTOR P. VASQUEZ
1999 PANAMA AVE
SAN JOSE CA  95122

SS# XXX-XX-8787  EMPL# 000023  DEPT# 000200

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

2006 OCT   PM 3:32   ASSET FORFEITURE SECTION RECEIVED

Payrolls by Paychex, Inc.
*  0086  F880  0003  000200          NET PAY          62.04          8638.81

FOLD AND REMOVE                                                                FOLD AND REMOVE

**YOUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 39.00 | 33.880 | 1321.32 | |
| TOTAL EARNINGS | | | 1321.32 | 12840.52 |

**EMPLOYER INFORMATION**

E S R CONSTRUCTION INC
747 N 10TH ST
SAN JOSE, CA 95112-3114

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 81.92 | 796.10 |
| | MEDICARE | 19.16 | 186.20 |
| M 03 | FEDERAL | 66.28 | 725.82 |
| M 03 | CA | 6.52 | 108.66 |
| | DBL | 10.57 | 102.73 |

PAY PERIOD 04/22/06 TO 05/05/06
CHECK DATE 05/12/06   CHECK # 8249100981

| | | TOTAL WITHHOLDINGS | 184.45 | 1919.51 |

**PERSONAL INFORMATION**                          **ADJUSTMENTS**            **AMOUNT**   **YTD AMOUNT**

HECTOR P VASQUEZ
1999 PANAMA AVE
SAN JOSE CA 95122

SS# XXX-XX-8787 EMPL# 000023 DEPT# 000200

RECEIVED
2006 OCT 11 PM 3:32
ASSET FORFEITURE SECTION

Payrolls by Paychex, Inc.

* 0086 **F880** 0016   000200                   NET PAY                   1136.87        10921.01        *

