**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0004 0673 4077

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Antonio Vasquez aka Antonio Vasquez Mendoza
1999 Panama Ave
San Jose, CA 95122

06-468579    RC

06-468579-004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Antonio Vasquez
C. Date of Delivery: 6/23/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

x-5

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7004 1350 0004 0673 4077      877

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**EXHIBIT 16**