JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone:  415.436.7324
Facsimile:   415.436.6748
email: susan.b.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> 1. $43,029 IN UNITED STATES ) <br> CURRENCY AND ) <br> 2. $9,641 IN UNITED STATES ) <br> CURRENCY ) <br> ) <br> Defendant. ) <br> ) | No. C 06-7421 EDL <br> Related Case Nos. 07-2185 EDL and <br> 07-1880 EDL <br><br> CERTIFICATE OF SERVICE |

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

- United States Response to Court's Request for Further Briefing re: Jurisdictional Issues

- Declaration of Michael Robinson in Support of Government's Response to Court's Request for Further Briefing

- Declaration of John Hieronymus

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

1 | Hector Vasquez, F-29468
2 | California Training Facility - South
  | P.O. Box 690
3 | Soledad, CA 93960-0690

4     I declare under penalty of perjury under the laws of the United States of America that the

5 foregoing is true and correct to the best of my knowledge.

6     Executed this 7th day of January, 2008, at San Francisco, California.

```
                                                    /S/
                                            _____
                                            CAROLYN JUSAY
                                            Legal Assistant
                                            Asset Forfeiture Unit
```