UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>   v.<br><br>,029 U.S. CURRENCY et al,<br><br>              Defendant._____/ | Case Number: CV06-07421 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Hector Vasquez #:F-29468
California Training Facility-South
P.O. Box 690
Soledad, CA 93960-0690


Susan Belloni Gray
U S Attorney's Office
450 Golden Gate Ave
9th floor
San Francisco, CA 94102

Dated: January 11, 2008

                              Richard W. Wieking, Clerk
                              By: Lili M. Harrell, Deputy Clerk