UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$43,029 U.S. CURRENCY and $9,641 U.S. CURRENCY<br><br>    Defendant.<br>_____/ | No. 06-07421 EDL<br><br>Related Case Nos. 07-2185 EDL & 07-1880 EDL<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

As stated at the February 19, 2008 Case Management Conference, the Court issues the following Order:

1. The United States shall file a motion to dismiss no later than March 18, 2008.

2. Mr. Vasquez shall file an opposition to the motion to dismiss no later than May 20, 2008, but should try to file his opposition sooner. The opposition must reach the Court by this deadline. A copy must be served in the United States.

3. The United States shall file a reply no later than May 27, 2008. If Mr. Vasquez files his opposition earlier than May 20, 2008, the United States shall file its reply no later than one week after receiving the opposition.

4. No hearing is scheduled. The Court will notify the parties and schedule a hearing if it determines that oral argument is necessary.

5. Discovery is stayed pending a ruling on the United States' motion to dismiss or, if not denied, the filing of Mr. Vasquez' answer. Neither party shall make any discovery requests until further order of the Court.

IT IS SO ORDERED.

Dated: February 19, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2