UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>$43,029 U.S. CURRENCY et al,<br><br>        Defendant. | Case Number: CV06-07421  EDL<br>                         CV07-01880  EDL<br>                         CV07-02185  EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Hector Vasquez #:F-29468
California Training Facility-South
P.O. Box 690
Soledad, CA 93960-0690


Dated: February 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: Lili M. Harrell, Deputy Clerk