**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 19, 2008

Case No: **C-06-07421 EDL**

Case Name: **USA v. $43,029 U.S. CURRENCY and $9,641 U.S. CURRENCY**

    Attorneys:    Pltf: Susan Grey        Interested Party: Hector Vasquez (p)

    Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 10:07am - 10:21am

**PROCEEDINGS:**
    Case Management Conference - Held

**ORDERED AFTER HEARING:**
    - Govt will file a motion to dismiss by 3/18/08
    - Hector Vasquez shall file an opposition by 5/20/08
    - Govt shall file reply by 5/27/08
    - Discovery is stayed until the ruling on the motion to dismiss.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: